AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9/20/03 |
| NAME OF SERVER (PRINT) Joseph Purcell | TITLE STATE MARSHAL |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: William Myrans owner President
NORTH STAMFORD - TREE SERVICE 254 CUUR ROAD - STAMFORD, CT 06905

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL 96.035 34.56 Postage .83 | SERVICES 30.00 Copies 1.00 Endorsement .80 | TOTAL 77.19 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/20/03
             Date              Signature of Server

PO BOX 11033 GREENWICH CT. 06831
Address of Server

FILED 2003 OCT 23 P 12:01 US DISTRICT COURT HARTFORD CT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.