FILED

2003 NOV -6  A 11: 57

US DISTRICT COURT
HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VIGILANT INSURANCE COMPANY as  :
Subrogee of GERHARD SCHULMEYER  :      CIVIL NO.: 3-02-CV-1813 (AVC)
:
Plaintiff,    :
:
v.    :
:
BARBARA NEWINGTON    :
:
Defendant.    :      NOVEMBER 4, 2003

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Elizabeth A. Fowler requests leave to withdraw her appearance for defendant, Barbara Newington, in this action. Attorney John Kane will continue to serve as counsel for the defendant.

DEFENDANT
BARBARA NEWINGTON

By_____
John H. Kane
Fed. Bar # ct12273
E-mail: jkane@rc.com
Elizabeth A. Fowler
Fed. Bar # ct23584
E-mail: efowler@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first-class U.S. mail, on this 4th day of November, 2003, to:

Robert M. Caplan, Esq.
1900 Market Street, Third Floor
Philadelphia, PA 19103

Via Certified Mail:

Barbara Newington
6 Field Point Circle
Greenwich, CT 06830

_____
Elizabeth A. Fowler