UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

---------------------------------------------------------x
VIGILANT INSURANCE COMPANY AS : CIVIL ACTION NO. 3-02-CV1813
SUBROGEE OF GERHARD SCHULMEYER, (AVC)

    Plaintiff, :

US DISTRICT COURT
HARTFORD CT

vs. :

BARBARA NEWINGTON, :

    Defendant :
                                         NOVEMBER 7, 2003
---------------------------------------------------------x

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for defendant, Barbara Newington.

                                  **DEFENDANT,**
                                  **BARBARA NEWINGTON**

By: _/s/ Robin P. Keller_
Robin P. Keller, Esq. (CT 23564)
Robinson & Cole LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Tel: 203.462.7500
Fax: 203.462.7599
rkeller@rc.com

STAM1-746212-1

## **CERTIFICATION**

This is to certify that on November 7, 2003, a copy of the foregoing Appearance was mailed to Stuart G. Blackburn, Esq., Law Offices of Stuart G. Blackburn, Two Concorde Way, PO Box 608, Windsor Locks, CT 06096; and Robert M. Caplan, Esq., The Atrium, 3rd Floor, 1900 Market Street, Philadelphia, PA 19103.

_____
Robin P. Keller