UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY as Subrogee of GERHARD SCHULMEYER | : | CIVIL NO.: 3-02-CV-1813 (AVC) |
| Plaintiff, | : | |
| v. | : | |
| BARBARA NEWINGTON | : | |
| And | : | |
| NORTH STAMFORD TREE SERVICE | : | |
| And | : | |
| RICHARD LONGO d/b/a THE TREE GUY | | DECEMBER 11, 2003 |
| Defendants. | | |

## JOINT CONSENTED TO MOTION TO VACATE EXISTING SCHEDULING ORDER AND TO EXTEND ALL DISCOVERY DEADLINES BY SIXTY DAYS

Plaintiff, Vigilant Insurance Company, as subrogee of Gerhard Schulmeyer and defendant Barbara Newington ("Newington") through their undersigned attorneys, hereby move this Honorable Court to vacate the existing Scheduling Order, dated October 2, 2003, pending the filed answers of additional defendants Richard Longo d/b/a The Tree Guy (hereinafter "Longo") and North Stamford Tree Service (hereinafter "North Stamford") and to extend all discovery deadlines by sixty (60) days. This motion is necessary due to the difficulty experienced by the plaintiff in locating and obtaining service on additional defendant Longo, which was finally successful on December 7, 2003. In support of this Motion, the parties respectfully submit the following:

GRANTED.
Alfred V. Covello, U.S.D.J.

December 16, 2003.
SO ORDERED.

STAM1-748280-1