IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

IN RE: JURY TRIAL DEMAND

2003 DEC 19 P 2:10

VIGILANT INSURANCE COMPANY
As Subrogee of GERHARD SCHULMEYER

U.S. DISTRICT COURT
HARTFORD, CT

Case No. 02-1813 (AVC)

v.

BARBARA NEWINGTON
And
NORTH STAMFORD TREE SERVICE
And
RICHARD LONGO d/b/a/ THE TREE GUY

STATE OF CONNECTICUT
FAIRFIELD                                SS. BETHEL

Neil V. Hunt, the undersigned, being duly sworn, deposes and states that he was at the time of service, over the age of twenty-one and was not a party to this action.

That on Sunday December 7, 2003 at 4:34 pm, Deponent served the within named Richard Longo by leaving a true copy of the JURY TRIAL DEMAND with Richard Longo in hand.  Said service was effected at, 15 Skyedge Drive Bethel, CT 06801

Richard Longo is a white male, 50-55 years of age, balding white hair, moustache, apx. 6'1" and medium build.

The undersigned declares under penalty
of perjury that the foregoing is true, correct
and my free act and deed.

_____
Neil V. Hunt, Process Server

Subscribed and sworn to before me today,
Sunday December 7, 2003

_____
Joanne Scott

**JOANNE M. SCOTT**
*NOTARY PUBLIC*
My Commission Expires July 31, 2008