UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable J. Read Murphy, PJO
450 Main Street, Hartford, CT

Chambers Room #125 - Annex

**February 17, 2004**
**2:00 p.m.**

NOTICE TO COUNSEL: ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION. <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT <u>TO CHAMBERS</u> A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

<u>CASE NO. 3:02CV01813(AVC) Vigilant Ins Co. v. Barbara Newington, et al</u>

Stuart G. Blackburn
Two Concorde Way, Bldg 3C, PO Box 608
Windsor Locks, CT 06096

Robert M. Caplan
Cozen & O'Connor
1900 Market St.
Third Fl.
Philadelphia, PA 19103-3527

John Higgins Kane
Robin P. Keller
Robinson & Cole
Financial Centre,
695 E. Main St.
Stamford, CT 06904-2305

Grant H. Miller Jr.
Jeffrey V. Phelon
Law Offices of Grant H. Miller, Jr.
55 Capital Boulevard
Suite 210
Rocky Hill, CT 06067

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK