# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY, | : | |
| | : | |
| PLAINTIFF | : | CIVIL ACTION NO. |
| | : | 3-02-CV1813 (AVC) |
| V. | : | |
| | : | |
| BARBARA NEWINGTON, ET AL | : | |
| | : | |
| DEFENDANT. | : | JANUARY 23, 2004 |

**To:** Clerk
**United States District Court**
**450 Main Street**
**Hartford, CT  06106**

Please enter the appearance of the undersigned, Kenneth J. Mastroni, as attorney for the defendant, **North Stamford Tree Service**, in the above-entitled action.

Dated at Rocky Hill, Connecticut, this 22nd day of January 2004.

**THE DEFENDANT,**
**NORTH STAMFORD TREE SERVICE**

By_____
Kenneth J. Mastroni   (CT# 14213)
Law Offices of Cynthia A. Jaworski
55 Capital Boulevard, Suite 210
Rocky Hill, CT  06067
(860) 513-6410

## **CERTIFICATION**

      It is hereby certified that on this date a copy of the foregoing was mailed, postage prepaid, to the following:

Attorney Stuart G. Blackburn
Law Offices of Stuart G. Blackburn
Two Concorde Way, P.O. Box 608
Windsor Locks, CT  06096

Attorney Richard Longo
d/b/a The Tree Guy
31 Country Way
Bethel, CT  06801

Attorney John H. Kane
Robinson & Cole LLP
Financial Centre
695 E. Main St.
Stamford, CT  06904-2305

Attorney Robert Caplan
Cozen & O'Connor
1900 Market St.
Third Floor
Philadelphia, PA  19103-3527

                                                        _____
                                                        Kenneth J. Mastroni

3

**Clerk**
**United States District Court**
**450 Main Street**
**Hartford, CT  06106**