UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY, | : | |
| | : | |
| PLAINTIFF | : | CIVIL ACTION NO. |
| | : | 3-02-CV1813 (AVC) |
| V. | : | |
| | : | |
| BARBARA NEWINGTON, ET AL | : | |
| | : | |
| DEFENDANT. | : | JANUARY 23, 2004 |

### ANSWER TO THE AMENDED COMPLAINT

1. As to the allegations contained in this paragraph, the defendant has insufficient knowledge or information upon which to form a belief and therefore leave the plaintiff to its proof.

2.-3. Admitted.

4. As to the allegations contained in this paragraph, the defendant has insufficient knowledge or information upon which to form a belief and therefore leave the plaintiff to its proof.

5. The portion of paragraph 5 that reads as follows "Jurisdiction of this court is invoked pursuant to the provisions of 28 U.S.C. § 1332 by reason of diversity of citizenship of the parties." is admitted. As to the remaining allegations, the defendant has insufficient

knowledge or information upon which to form a belief and therefore leaves the plaintiff to its proof.

    6-7.    As to the allegations contained in this paragraph, the defendant has insufficient knowledge or information upon which to form a belief and therefore leave the plaintiff to its proof.

    8.    The portion of paragraph 8 that reads "At all times relevant hereto, defendant Newington owned and resided at the Newington property in Greenwich, Connecticut" is admitted. As to the remaining allegations, the defendant has insufficient knowledge or information upon which to form a belief and therefore leaves the plaintiff to its proof.

    9.    As to the allegations contained in this paragraph, the defendant has insufficient knowledge or information upon which to form a belief and therefore leaves the plaintiff to its proof.

    10.    It is admitted that in the past the defendant North Stamford Tree Service had been employed by the defendant Newington, the remaining allegations of this paragraphs are denied.

    11-12.    As to the allegations contained in this paragraph, the defendant has insufficient knowledge or information upon which to form a belief and therefore leaves the plaintiff to its proof.

13. To the extent that this paragraph alleges that the North Stamford Tree Service should have had knowledge of the condition of the tree, it is denied. As to the remaining allegations, the defendant has insufficient knowledge or information upon which to form a belief and therefore leaves the plaintiff to its proof.

14. To the extent that this paragraph alleges that the defendant North Stamford Tree Service had a duty to maintain the tree in question or the property of the defendant Newington, it is denied. As to the remaining allegations, the defendant has insufficient knowledge or information upon which to form a belief and therefore leave the plaintiff to its proof.

15. Denied.

16 -19. As to the allegations contained in paragraphs 16, 17, 18 and 19, the defendant has insufficient knowledge or information upon which to form a belief and therefore leaves the plaintiff to its proof.

**COUNT 1**

Defendant North Stamford Tree Service does not reply to Count I as it is not directed against it.

**COUNT II**

Defendant North Stamford Tree Service does not reply to Count II as it is not directed against it.

**COUNT III**

    1.    The responses to Paragraphs 1 through 19 are hereby made the responses to Paragraph 20 as if fully stated herein.

    21-22.  To the extent that Paragraphs 21 and 22 allege negligence, carelessness, recklessness and/or gross negligence against the defendant North Stamford Tree Service, they are hereby denied. As to the remaining allegations, the defendant has insufficient knowledge or information upon which to form a belief and therefore leaves the plaintiff to its proof.

    23.    The responses to Paragraphs 1-22 are hereby made the responses to Paragraph 23 as if fully stated herein.

    24-26.  The defendant has insufficient knowledge or information upon which to form a belief and therefore leave the plaintiff to its proof.

    27.    The responses to Paragraphs 1-26 are hereby made the responses to Paragraph 27 as if fully stated herein.

    28.    (a) – (f) Denied.

    29.    Denied.

**COUNT IV**

We do not respond to Count IV as it is not directed against North Stamford Tree Service.

                    **THE DEFENDANT,**
                    **NORTH STAMFORD TREE SERVICE**

By_____
  Kenneth J. Mastroni  (CT#14213)
  Law Offices of Cynthia A. Jaworski
  55 Capital Boulevard, Suite 210
  Rocky Hill, CT  06067
  (860) 513-6410

**CERTIFICATION**

       It is hereby certified that on this date a copy of the foregoing was mailed, postage prepaid, to the following:

Attorney Stuart G. Blackburn
Law Offices of Stuart G. Blackburn
Two Concorde Way, P.O. Box 608
Windsor Locks, CT  06096

Attorney Richard Longo
d/b/a The Tree Guy
31 Country Way
Bethel, CT  06801

Attorney John H. Kane
Robinson & Cole LLP
Financial Centre
695 E. Main St.
Stamford, CT  06904-2305

Attorney Robert Caplan
Cozen & O'Connor
1900 Market St.
Third Floor
Philadelphia, PA  19103-3527

                                                                             _____
                                                                             Kenneth J. Mastroni