**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY, | : | |
| | : | |
| PLAINTIFF | : | CIVIL ACTION NO. |
| | : | 3-02-CV1813 (AVC) |
| V. | : | |
| | : | |
| BARBARA NEWINGTON, | : | |
| | : | |
| DEFENDANT. | : | JANUARY 28, 2004 |

**MOTION FOR CONTINUANCE OF THE SETTLEMENT CONFERENCE**

The defendant, North Stamford Tree Service, Inc., hereby requests that the settlement conference in the above-referenced matter which is scheduled for February 17, 2004 at 2:00 p.m. be postponed. The reason for this request is articulated in the below enumerated paragraphs:

1. Counsel for all parties are in the process of scheduling depositions of all the parties which is now scheduled to occur on February 23 and 24, 2004.

2. Defense counsel asserts that it is necessary to have these depositions completed in order to have meaningful settlement negotiations.

3. Counsel for North Stamford Tree Service, Inc. has spoken with counsel of record and there are no objections to this request.

Accordingly, defendant requests that this settlement conference be continued for thirty days in order to complete the depositions which will allow the parties to engage in more meaningful settlement negotiations.

**THE DEFENDANT,**
**NORTH STAMFORD TREE SERVICE**


By_____
 Kenneth J. Mastroni  (CT# 14213)
 Law Offices of Cynthia A. Jaworski
 55 Capital Boulevard, Suite 210
 Rocky Hill, CT  06067
 (860) 513-6410

**CERTIFICATION**

      It is hereby certified that on this date a copy of the foregoing was mailed, postage prepaid, to the following:

Attorney Stuart G. Blackburn
Law Offices of Stuart G. Blackburn
Two Concorde Way, P.O. Box 608
Windsor Locks, CT  06096

Attorney Richard Longo
d/b/a The Tree Guy
31 Country Way
Bethel, CT  06801

Attorney John H. Kane
Robinson & Cole LLP
Financial Centre
695 E. Main St.
Stamford, CT  06904-2305

Attorney Robert Caplan
Cozen & O'Connor
1900 Market St.
Third Floor
Philadelphia, PA  19103-3527

                                                      _____
                                                      Kenneth J. Mastroni