UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIGILANT INSURANCE COMPANY, | : |
| PLAINTIFF | : CIVIL ACTION NO. |
| V. | : 3-02-CV1813 (AVC) |
| BARBARA NEWINGTON, | : |
| DEFENDANT. | : JANUARY 28, 2004 |

## MOTION FOR CONTINUANCE OF THE SETTLEMENT CONFERENCE

The defendant, North Stamford Tree Service, Inc., hereby requests that the settlement conference in the above-referenced matter which is scheduled for February 17, 2004 at 2:00 p.m. be postponed. The reason for this request is articulated in the below enumerated paragraphs:

1. Counsel for all parties are in the process of scheduling depositions of all the parties which is now scheduled to occur on February 23 and 24, 2004.

2. Defense counsel asserts that it is necessary to have these depositions completed in order to have meaningful settlement negotiations.

3. Counsel for North Stamford Tree Service, Inc. has spoken with counsel of record and there are no objections to this request.

*[Handwritten margin note:] The Settlement Conference is rescheduled to March 17, 2004 at 2:00 p.m.*

*[Handwritten stamp:] 1/30/04. GRANTED. SO ORDERED. Alfred V. Covello, USDJ*