IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

VIGILANT INSURANCE COMPANY as
Subrogee of GERHARD SCHULMEYER
    Plaintiff

    v.

BARBARA NEWINGTON
and
NORTH STAMFORD TREE SERVICE
and
RICHARD LONGO d/b/a THE TREE GUY
    Defendants

JURY TRIAL DEMANDED
Case No.: 3-02-CV1813 (AVC)

---

### AFFIDAVIT OF ROBERT M. CAPLAN, ESQUIRE

I, ROBERT M. CAPLAN., being a competent adult, hereby state the following under the penalties of perjury:

1. I am the attorney for Plaintiff in above-captioned case and I am personally responsible for the care and management of this matter and, accordingly, I am fully familiar with the facts and circumstances of this case.

2. This action involves a claim for property damage suffered as a result of a large tree branch falling from defendant Newington's property onto at Plaintiff's insured's premises causing extensive damage to Plaintiff's insured's greenhouse.

3. The total amount of damage to Plaintiff's property as a result of the branch falling on the greenhouse is in the amount of Four Hundred Sixty-Nine Thousand Four Hundred-Three Dollars and Eighty-Eight cents (**$469,403.88**).

4. The Amended Complaint in this action was filed with the court on September 2, 2003.

5. After undertaking an exhaustive investigation into the proper address of defendant Richard Longo d/b/a The Tree Guy a copy of the Summons and Amended Complaint in this matter were personally served on defendant Richard Longo d/b/a The Tree Guy, a competent, adult individual, on December 7, 2003. (A true and correct copy of the Affidavit of Service of Plaintiff's Complaint on Longo is attached hereto and made a part hereof as Exhibit "A").

6. On December 22, 2003 I received a telephone call from defendant Longo acknowledging receipt of the Complaint and Summons. I advised defendant Longo that he would be in danger of default if he did not have an answer to the Complaint filed by December 29, 2003 and to contact his personal counsel or insurance carrier immediately.

7. Upon information and belief, defendant Longo has not entered an appearance or filed an answer to Plaintiff's Complaint and Summons.

8. Therefore, pursuant to Federal Rule of Civil Procedure 55(b)(1), Plaintiff is requesting that the Clerk enter a default judgment in favor of plaintiff and against defendant Richard Longo d/b/a The Tree Guy in the amount of **$469,403.88** together with interest and costs of this action.

COZEN O'CONNOR

BY: _____
Robert M. Caplan, Esquire
1900 Market Street, Third Floor
Philadelphia, PA 19103
(215) 665-2000
Attorneys for Plaintiff

Dated: 1/30/04

## CERTIFICATE OF MAILING

The undersigned states that he served the within Affidavit on the ___3rd___ day of January, 2004 to

>Kenneth Mastroni, Esquire
>Law Offices of Cynthia A. Jaworski
>55 Capitol Boulevard
>Suite 210
>Rocky Hill, CT 06067
>
>Robin Keller, Esquire
>Robinson & Cole LLP
>Financial Centre
>695 East Main Street
>Stamford, CT 06904-2305
>
>Mr. Richard Longo
>15 Skyedge Drive
>Bethel, CT 06801

via U.S. mail postage prepaid.

_____
ROBERT M. CAPLAN, ESQUIRE

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE: JURY TRIAL DEMAND

VIGILANT INSURANCE COMPANY
As Subrogee of GERHARD SCHULMEYER

Case No. 3-02-CV1813 (AVC)

v.

BARBARA NEWINGTON
And
NORTH STAMFORD TREE SERVICE
And
RICHARD LONGO d/b/a/ THE TREE GUY

STATE OF CONNECTICUT
FAIRFIELD                                   SS. BETHEL

Neil V. Hunt, the undersigned, being duly sworn, deposes and states that he was at the time of service, over the age of twenty-one and was not a party to this action.

That on Sunday December 7, 2003 at 4:34 pm, Deponent served the within named Richard Longo by leaving a true copy of the JURY TRIAL DEMAND with Richard Longo in hand. Said service was effected at, 15 Skyedge Drive Bethel, CT 06801

Richard Longo is a white male, 50-55 years of age, balding white hair, moustache, apx. 6'1" and medium build.

The undersigned declares under penalty
of perjury that the foregoing is true, correct
and my free act and deed.

_____
Neil V. Hunt, Process Server

Subscribed and sworn to before me today,
Sunday December 7, 2003

_____
Joanne Scott

**JOANNE M. SCOTT**
*NOTARY PUBLIC*
My Commission Expires July 31, 2008