```
            UNITED STATES DISTRICT COURT
               DISTRICT OF CONNECTICUT

            Settlement Conference Calendar
            Honorable J. Read Murphy, PJO
              450 Main Street, Hartford, CT

               Chambers Room #125 - Annex
```

**March 30, 2004**
**10:00 a.m.**

RESCHEDULED FROM 2/17/04 & 3/17/04

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT <u>TO CHAMBERS</u> A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

CASE NO. 3:02CV1813 (AVC) <u>Vigilant Ins. Co. V. Newington, et al</u>

| | |
|---|---|
| Stuart G. Blackburn | Kenneth J. Mastroni |
| Two Concorde Way,Bldg 3C, | Law Offices of Cynthia Jaworski |
| PO Box 608 | 55 Capital Blvd., Suite 210 |
| Windsor Locks, CT 06096 | Rocky Hill, CT 06067 |
| | |
| Robert M. Caplan | Grant H. Miller Jr. |
| Cozen & O'Connor | Jeffrey V. Phelon |
| 1900 Market St. | Law Offices of Grant H. Miller, Jr. |
| Third Fl. | 55 Capital Boulevard |
| Philadelphia, PA 19103-3527 | Suite 210 |
| | Rocky Hill, CT 06067 |
| | |
| John Higgins Kane | |
| Robin P. Keller | |
| Robinson & Cole | |
| Financial Centre, | |
| 695 E. Main St., | BY ORDER OF THE COURT |
| Stamford, CT 06904-2305 | |
| | KEVIN F. ROWE, CLERK |