UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY as Subrogee of GERHARD SCHULMEYER | : | CIVIL NO.: 3-02-CV-1813 (AVC) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BARBARA NEWINGTON | : | |
| | : | |
| And | : | |
| | | |
| NORTH STAMFORD TREE SERVICE | | |
| | | |
| And | | |
| | | |
| RICHARD LONGO d/b/a THE TREE GUY | | MARCH 22, 2004 |
| | | |
| Defendants. | | |

### MOTION TO VACATE EXISTING SCHEDULING ORDER AND TO EXTEND ALL DEADLINES BY SIXTY DAYS

Defendant, Barbara Newington, through her undersigned attorneys, hereby moves this Honorable Court to extend the deadlines established by the existing Scheduling Order and Amended Discovery Deadline, dated October 2, 2003 and December 16, 2003, respectively, for an additional sixty (60) days from the granting of this motion. This motion is necessary due to additional evidence

STAM1-754301-1

discovered through the deposition of fact witnesses. In support of this Motion, defendant respectfully submits the following:

1.  This case arises out of property damage, which occurred when a tree on defendant Barbara Newington's property fell onto plaintiff's insured's property on May 18, 2002.

2.  Plaintiff commenced the present action by filing its complaint on October 15, 2002 against defendant Barbara Newington.

3.  During the initial stages of discovery, additional defendants were identified by Mrs. Newington.

4.  On August 11, 2003, the Court granted the plaintiff's Motion for Leave to File an Amended Complaint and to join Additional defendants, dated June 17, 2003.

5.  On October 2, 2003, the Court granted the Consented to Motion to Vacate Existing Scheduling Order, dated September 29, 2003 extending discovery deadlines due to difficulties plaintiff was experiencing in obtaining service on the additional defendants. The deadlines set by the Court were:

| | |
|---|---|
| January 30, 2004: | all discovery, including depositions of all witnesses to be completed; |
| November 15, 2003: | plaintiffs shall designate all trial experts and provide opposing counsel with reports from retained experts on or before November 15, 2003 and depositions of any such experts shall be completed by January 30, 2004; |
| December 15, 2003 | defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before January 30, 2004; |
| March 31, 2004 | all motions, except motions in limine incident to a trial, to be filed; |
| April 30, 2004 | parties to file joint trial memorandum in accordance with the pretrial order; |
| May 31, 2004 | case shall be ready for trial. |

6.   On December 16, 2003, the court granted the joint motion to amend the discovery deadlines by sixty days due to the additional defendant being served on December 7, 2003. The deadlines set by the Court were:

| | |
|---|---|
| March 30, 2004: | all discovery, including depositions of all witnesses to be completed; |
| January 15, 2003: | plaintiffs shall designate all trial experts and provide opposing counsel with reports from retained experts on or before January 15, 2003 and depositions of any such experts shall be completed by March 30, 2004; |

| | |
|---|---|
| February 15, 2003 | defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before March 30, 2004; |
| March 31, 2004 | all motions, except motions in limine incident to a trial, to be filed; |
| April 30, 2004 | parties to file joint trial memorandum in accordance with the pretrial order; |
| May 31, 2004 | case shall be ready for trial. |

7. Depositions of fact witnesses in this matter have recently commenced, and counsel are just now receiving the initial transcripts. Additional information has been revealed during these depositions that needs to be evaluated in order to properly proceed with this action.

8. Depositions of experts have not been scheduled and the need to do so can not be evaluated until the transcripts from the fact witnesses are reviewed.

9. Counsel for plaintiff, Vigilant Insurance Company, and defendant, North Stamford Tree Service have consented to this Motion.

10   **WHEREFORE** Defendant Barbara Newington respectfully requests that this Honorable Court vacate the existing Scheduling Order and extend all deadlines by sixty (60) days to the following dates:

| | |
|---|---|
| May 30, 2004: | all discovery, including depositions of all witnesses to be completed; |
| March 15, 2003: | plaintiffs shall designate all trial experts and provide opposing counsel with reports from retained experts on or before March 15, 2004 and depositions of any such experts shall be completed by May 30, 2004; |
| April 15, 2003 | defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before May 30, 2004; |
| May 31, 2004 | all motions, except motions in limine incident to a trial, to be filed; |
| June 30, 2004 | parties to file joint trial memorandum in accordance with the pretrial order; |
| July 31, 2004 | case shall be ready for trial. |

        DEFENDANT
          BARBARA NEWINGTON

By: /s/ Robin P. Keller, Esq,
    John H. Kane
    Fed. Bar #ct 12273
    E-mail: jkane@rc.com
    Robin P. Keller
    Fed. Bar # ct23564
    E-mail: rkeller@rc.com
    Robinson & Cole LLP
    695 EAST MAIN STREET
    Stamford, CT 06904
    Tel. No.: (203) 462-7500
    Fax No.: (203) 462-7599

## CERTIFICATION

This is to certify that on March 22, 2004, a copy of the foregoing was sent via facsimile and first-class U.S. mail to: Stuart G. Blackburn, Esq., Law Offices of Stuart G. Blackburn, Two Concorde Way, P.O. Box 608, Windsor Locks, CT 06096; Robert M. Caplan, Esq., The Atrium – Third Floor, 1900 Market Street, Philadelphia, PA 19103; and Ken Mastroni, Esq., Law offices of Cynthia A. Jaworski, 5 Capital Boulevard, Suite 210, Rocky Hill, CT 06067

/s/  Robin P. Keller, Esq,
Robin P. Keller