UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY as Subrogee of GERHARD SCHULMEYER | : | CIVIL NO.: 3-02-CV-1813 (AVC) |
| Plaintiff, | : | |
| | : | |
| BARBARA NEWINGTON | : | |
| And | : | |
| NORTH STAMFORD TREE SERVICE | | |
| And | | |
| RICHARD LONGO d/b/a THE TREE GUY | | MARCH 22, 2004 |
| Defendants. | | |

**MOTION TO VACATE EXISTING SCHEDULING ORDER
AND TO EXTEND ALL DEADLINES BY SIXTY DAYS**

Defendant, Barbara Newington, through her undersigned attorneys, hereby moves this Honorable Court to extend the deadlines established by the existing Scheduling Order and Amended Discovery Deadline, dated October 2, 2003 and December 16, 2003, respectively, for an additional sixty (60) days from the granting of this motion. This motion is necessary due to additional evidence

SO ORDERED. GRANTED.
Alfred V. Covello, U.S.D.J.
March 25, 2004.

STAM1-754301-1