## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY a/s/o GERHARD SCHULMEYER | : | CIVIL NO. 3:02-CV-1813 (AVC) |
| Plaintiff, | : | |
| v. | : | |
| BARBARA NEWINGTON And NORTH STAMFORD TREE SERVICE And RICHARD LONGO d/b/a THE TREE GUY Defendants. | : | MAY 28, 2004 |

### DEFENDANT BARBARA NEWINGTON'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and in accordance with Rule 56(a)(1) of the Local Rules of Civil Procedure Defendant Barbara Newington seeks summary judgment as to Plaintiff's first count of its amended complaint, for the reason that there was no genuine issue as to any material fact and defendant Barbara Newington is entitled to judgment as a matter of law. The bases for this motion are that the plaintiff may not claim negligence, as a matter of law, and Defendant Newington is entitled to judgment as to the first cause of action.

**ORAL ARGUMENT REQUESTED**

STAM1-758355-1
05/28/04 3:50 PM

In accordance with Local Rule 56(a)(1) Defendant Newington's document entitled "Local Rule 56(a)(1) statement" is appended hereto, along with Defendant's Memorandum of Law In Support of Motion For Summary Judgment.

        DEFENDANT
        BARBARA NEWINGTON

By: _____
    John Kane
    Fed. Bar # ct12273
    Robin P. Keller
    Fed. Bar # ct23564
    E-mail: rkeller@rc.com
    Robinson & Cole LLP
    695 East Main Street
    Stamford, CT 06904
    Tel. No.: (203) 462-7500
    Fax No.: (203) 462-7599

## **CERTIFICATION**

This is to certify that on May 28, 2004, a copy of the foregoing was sent via Federal Express to: Robert M. Caplan, Esq., The Atrium – Third Floor, 1900 Market Street, Philadelphia, PA 19103 and Stuart G. Blackburn, Esq., Law Offices of Stuart G. Blackburn, Two Concorde Way, P.O. Box 608, Windsor Locks, Connecticut 06096.

_____

Robin P. Keller

## **ORDER**

The foregoing Motion having been heard, it is hereby ORDERED: GRANTED/DENIED.

_____
JUDGE/CLERK

Date: _____