

COPY

1

```
 1              UNITED STATES BANKRUPTCY COURT
 2                  DISTRICT OF CONNECTICUT

 3    * * * * * * * * * * * * * *
                                 *    CIVIL ACTION NO.
      VIGILANT INSURANCE COMPANY  *
 4    a/s/o GERHARD SCHULMEYER     *    3:02 CV 1813 (AVC)
                      Plaintiff    *
 5           VS.                   *
                                   *
 6    BARBARA NEWINGTON            *
                                   *
 7           And                   *
      NORTH STAMFORD TREE SERVICE  *   FEBRUARY 23, 2004
 8                                 *
             And                   *
 9                                 *
      RICHARD LONGO d/b/a          *
10    THE TREE GUY                 *
                                   *
11             Defendants          *
                                   *
12    * * * * * * * * * * * * * *
```

### Deposition of BARBARA NEWINGTON

Deposition taken in the above-entitled action,

pursuant to the Stipulations set forth herein, before

Marion Strachman, Notary Public, at the Law Offices of

ROBINSON & COLE, 695 E. Main Street, Stamford, Ct.,

on the 23rd day of February, 2004, 1:18 p.m.

1   potential problems with the tree. You called

2   him after you or Mr. Scarpelli identified a

3   problem?

4        A    That's correct.

5        Q    Did there come a time when Mr. Longo was

6   at the property for some other reason where he

7   looked and actually identified a potential

8   problem and said to you, you know, you didn't

9   call me for this, but I see that this tree is not

10  doing that well. Can I remove it?

11       A    No.

12       Q    So, he would, basically, respond to your

13  requests and that would be it. Is that right?

14       A    That's right.

15       Q    In the 11 years prior to this incident,

16  had you ever had another tree fall on the

17  property or portion of a tree?

18       A    I had one on the same day of the storm. A

19  big Willow Tree.

20       Q    Now, when you say one on the same day of

21  the storm, are you talking about May 18th of

22  2002?

23       A    That's right.

24       Q    And what storm are you talking about?

```
 1          a letter that is undated. It appears to
 2          be signed by someone whose initials are
 3          "J" and looks like the last name is
 4          "Foley," which is consistent with
 5          Ms. Newington's testimony. It appears
 6          to be on the Department of Parks and
 7          Recreation of Greenwich, Connecticut
 8          letterhead and it is a one paragraph
 9          letter. I will read it into the
10          record.
11               (Letter from Department of
12          Parks and Recreation marked
13          Plaintiff's Exhibit 1 for
14          identification by the reporter)
15               "To whom it may concern: On May
16          18, 2002, we had a 7 man crew on early
17          morning pruning in the Town Parking
18          lots. With a 5 a.m. start time we
19          can get to the hard to reach parking
20          spots with all the commuters not
21          utilizing the spaces. At about 9 a.m.
22          some heavy wind gusts blanketed our
23          area and we sustained a substantial
24          damage to 5 separate locations in town.
```

**Marion Strachman**
*Certified Court Reporter*
93 Silvermine Avenue
Norwalk, CT 06850

(203) 846-0549

1    Q    Several miles?

2    A    Yes.

3    Q    How about any of the other locations?

4  390 Round Hill Road?

5    A    That's a good bit away.

6    Q    Several miles?

7    A    Yes.

8    Q    Stanwich Road?

9    A    Same thing.

10    Q    Several miles away?

11    A    Yes.

12    Q    We talked about Shore Road. Do you have

13  any personal-- Withdrawn. Where were you,

14  personally, on May 18, 2002?

15    A    At home.

16    Q    Do you have any personal recollection of

17  any severe storms coming through your area that

18  day?

19    A    Yes.

20    Q    What are your recollections of that?

21    A    Well, when the Willow Tree fell, because

22  it was very close to the house, it was a great

23  loss as far as I was concerned.

24    Q    Do you know where the information that

1   any other property damage to your property on

2   that day?

3       A    Just branches and debris.

4       Q    And who cleaned that up?

5       A    Ronald.

6       Q    Mr. Scarpelli?

7       A    Yes.

8       Q    How about Mr. Longo, was he contracted

9   to clean that up, as well?

10      A    No.

11      Q    How did you find out about the oak tree

12  falling onto Mr. Schulmeyer's greenhouse?

13      A    Mrs. Schulmeyer called me.

14      Q    When did she call you?

15      A    The same day.

16      Q    Do you know if the Schulmeyers were on

17  vacation the day that the tree fell?

18      A    I don't know.

19      Q    Is it possible that she called you a

20  couple of days after?

21      A    It is possible she called me the day

22  after. It was either the day of or the day

23  after. I couldn't be too sure about it.

24      Q    Do you know whether or not you,

1    personally, viewed the tree on the day it fell?

2    A    When she called me, I viewed it.

3    Q    So, your first knowledge that the tree

4    had fallen was due to her phone call?

5    A    That's correct.

6    Q    You did not hear it fall?

7    A    No.

8    Q    How far is the tree from the main house?

9    A    A good way. You can't see it from the

10   house.

11   Q    How tall is the tree or was the tree, I

12   should say, before it was removed?

13   A    A very big tree.

14   Q    Was it the largest tree on the property?

15   A    No, but one of them.

16   Q    I referenced it being an oak tree

17   earlier. Was it, in fact, an oak tree?

18   A    Yes, it was.

19   Q    How do you know it was an oak tree?

20   A    I was told it was an oak tree?

21   Q    Who told you that?

22   A    Mr. Longo, Mr. Scarpelli and Mr.

23   Schulmeyer.

24   Q    Did it have acorns?

30

```
 1        A    I don't know.
 2        Q    Before it fell, was it a fixture that
 3   you looked at and actually went outside to be
 4   under?
 5        A    No, but we all cherished the tree. It
 6   was a beautiful tree.
 7        Q    Do you know what the age of the tree was?
 8        A    No.
 9        Q    How about its height, was it 50 feet or
10   more in height?
11        A    Probably around 50 feet.
12        Q    Around 50 feet high?
13        A    Yes.
14        Q    In terms of its width, was it a very
15   large tree in width?
16        A    Yes.
17        Q    Was its width as much as its height?
18        A    Yes.
19        Q    Who pruned that large oak tree before it
20   fell?
21        A    Alpine.
22        Q    Now, you're referencing the time that
23   Mr. Schulmeyer retained or hired Alpine to
24   prune it?
```

1     A    That's right.

2     Q    Approximately, 4 years ago?

3     A    That's right.

4     Q    Did Mr. Longo ever prune that oak tree

5  before it fell?

6     A    No.

7     Q    Did anyone especially hired by you, on

8  your authority, ever check that tree for

9  disease or rot or insect infestation?

10    A    We cabled the tree.

11    Q    That was not my question.

12    A    That's the only thing we do.

13    Q    I will get to cabling. I will ask the

14  question again. Did anyone hired by you, on your

15  authority, ever perform any maintenance on that

16  tree including inspecting it for disease, rot

17  or infestation?

18    A    No.

19    Q    Why not?

20    A    It just didn't seem to need it.

21    Q    And that goes along with your earlier

22  testimony that you did not have any program in

23  place to check your trees on an annual or any

24  other periodic basis. Is that right?

1      A     That's right.

2      Q     So, if something looked like it needed

3  to be attended to, that is when you called for

4  help?

5      A     That's right.

6      Q     Did you ever notice any branches in this

7  oak tree that were losing leaves?

8      A     No.

9      Q     Did you ever notice any areas of

10 deterioration or cuts in the tree?

11     A     No.

12     Q     Did you ever notice any bark falling off

13 of the tree?

14     A     No.

15     Q     You mentioned just a few minutes ago

16 that you cabled the tree. Can you explain that,

17 please?

18     A     Being a huge tree-- We did that to all

19 our big trees just to be on the safe side.

20     Q     Can you explain "cabling" to me?

21     A     There are branches that are extra large

22 that looked like the wind could carry them away.

23 So, we cable them to try and preserve the tree.

24     Q     How are the cables affixed?

33

1     A    I have no idea.

2     Q    You never did it personally?

3     A    No.

4     Q    Did you ever direct anyone to do it?

5     A    No.

6     Q    Who did the cabling for you?

7     A    That was Richard Longo.

8     Q    Does cabling a tree of this size require

9 getting up into the tree?

10    A    Yes.

11    Q    And how did Mr. Longo do that?

12    A    He is incredible about getting up into

13 trees. He did that very well.

14    Q    He climbed it himself?

15    A    Yes.

16    Q    He didn't use a bucket truck or ladder

17 or any other type of artificial means?

18    A    No.

19    Q    He was able to cable the tree having

20 climbed it or scaled the tree himself?

21    A    Yes.

22    Q    When did Mr. Longo first cable that

23 large oak tree? The one we're talking about is

24 the one that ultimately fell and was removed.

```
 1        A     I'm not sure.

 2        Q     Was it cabled at the time it fell?

 3        A     Yes.

 4        Q     Where was it cabled?

 5        A     I wouldn't know.

 6        Q     How many cables were used?

 7        A     Four or six.

 8        Q     Four or six cables?

 9        A     Yes.

10        Q     Were they tied from branches to the

11   ground?

12        A     No.

13        Q     They were tied to each other?

14        A     To the base of the tree.

15        Q     To the main structure?

16        A     Yes.

17        Q     Do you know if the portion of the tree

18   that fell onto Mr. Schulmeyer's greenhouse was,

19   in fact, cabled?

20        A     That I'm not sure.

21        Q     Do you know if the portion of the tree

22   that fell on Mr. Schulmeyer's house was one of

23   those branches that you described could look

24   like it could be blown away in the wind?
```

1      A    Yes.

2      Q    So, if it wasn't cabled--

3      A    I'm not sure.

4      Q    I'm asking you just a hypothetical,

5  okay. If it wasn't cabled, is there any reason

6  why it wasn't cabled if it was one of those

7  types that you described?

8      A    No reason.

9      Q    Would that be Mr. Longo's decision to

10  make as to which branches or areas of the tree

11  to be cabled?

12      A    Yes.

13      Q    He was acting under your authority as

14  being the person who hired him to do this work?

15      A    Yes.

16      Q    When was the cabling done? I may have

17  asked you that. I'm sorry. I don't recall the

18  answer.

19      A    I'm not sure when it was done.

20      Q    Was it done years before that portion of

21  the tree fell?

22      A    Yes.

23      Q    Were the cables ever moved or changed or

24  modified in anyway once the original cabling

36

1    was done?

2        A    Only added to.

3        Q    How many times were they added to?

4        A    I don't know.

5        Q    Each time the cable was added to, was it

6    Mr. Longo who did the work?

7        A    Yes.

8        Q    By the way, you said he is still working

9    for you today?

10       A    Yes.

11       Q    Does he have insurance now?

12       A    No.

13       Q    He is still working without liability

14   insurance?

15       A    I think he had it and then let it lapse.

16       Q    Do you know at what point in time he had

17   it?

18       A    No.

19       Q    Do you know if he had it at the time the

20   tree fell?

21       A    That I don't know.

22       Q    Other than the cabling to this large oak

23   tree, was anything else done to it?

24       A    No.

1    Q    Do you know if it was ever fertilized?

2    A    It didn't seem to need it.

3    Q    Do you know if it was ever sprayed for

4    insects?

5    A    Always sprayed.

6    Q    And who did the spraying of the tree?

7    A    North Stamford Tree Service.

8    Q    Did North Stamford have any other

9    obligation or responsibility other than

10   spraying the oak tree?

11   A    No.

12   Q    When they sprayed the oak tree, did they

13   do it from the ground with sprayers or did they

14   do it from a bucket truck?

15   A    A bucket truck.

16   Q    Did you ever watch them do it?

17   A    Yes.

18   Q    Did they ever get inside the tree? When

19   I say "inside," inside the branches to spray the

20   interior or just spray the exterior?

21   A    Mostly externally.

22   Q    Moving back to Mr. Longo and the

23   cabling. Do you remember the last time he did

24   any cabling work on that tree?

1      A    I really don't know.

2      Q    Did you ever watch him do it?

3      A    No.

4      Q    Have you ever watched him climb trees?

5      A    Yes.

6      Q    And that is how you know he is a good

7    climber?

8      A    Yes.

9      Q    How old of a man is Mr. Longo?

10      A    Sixties.

11      Q    And he is still climbing trees?

12      A    Yes.

13      Q    What types of tools does Mr. Longo use

14    when he is doing work at your property?

15            MS. KELLER: Objection as to form.

16      A    I don't know.

17      Q    Does he have any sophisticated

18    equipment? What I mean by that is does he ever

19    use a bucket truck?

20      A    No.

21      Q    Does he use any artificial means of

22    lifting himself other than climbing?

23      A    No.

24      Q    Does he use chain saws?

39

```
1      A     He has saws. I don't know about chain
2  saws.

3      Q     Saws on long poles?

4      A     Yes.

5      Q     Have you ever watched him actually cut
6  down a dead branch?

7      A     Yes.

8      Q     Does he use the method that he ties a
9  rope to it and then cuts it off so it swings away
10 from the tree?

11     A     Yes.

12     Q     Does he ever work with anyone else?

13     A     No.

14     Q     Always works by himself?

15     A     Yes.

16     Q     Even on these large deciduous trees?
17 Even the large oak tree that fell?

18     A     Yes.

19     Q     At any point in time that Mr. Longo
20 worked for you up until the date that this
21 portion of this tree fell, did he ever tell you
22 that this oak tree was diseased or infested in
23 anyway?

24     A     No.
```

1              having some colloquy off-the-

2              record, it was suggested that the

3              invoices from Alpine may have been

4              addressed to Mr. Schulmeyer. I don't

5              want to mark them in Mrs. Newington's

6              deposition, but I will state for the

7              record that they were, in fact,

8              addressed to Mrs. Newington having

9              to do with the removal of the tree

10             after the oak tree fell.

11                  MR. CAPLAN: No further questions.

12

13

14   EXAMINATION BY MS. KELLER:

15        Q    Mrs. Newington, I just want to clarify a

16   couple of things that we went over today. Why

17   was Alpine chosen to take down the tree after it

18   fell?

19        A    Mr. Schulmeyer had hired Alpine for all

20   his work. When he asked me, I said it was fine if

21   he wanted to use his man to take it down.

22        Q    And did Alpine discuss with you whether

23   to take down the whole tree or part of the tree?

24        A    It was the whole tree that would be

70

1      Q    When did you get notice of this lawsuit?

2    Do you remember?

3      A    Probably 6 months ago.

4      Q    So, it was after the tree had been cut

5    down?

6      A    Long after.

7      Q    And it was after the debris had been

8    removed?

9      A    Yes.

10     Q    So, you had no reason to keep the debris

11   in place?

12           MR. CAPLAN: Objection to form.

13     A    No.

14     Q    I would like to talk to you about the

15   weather on May 18th. Were you home on May 18th?

16     A    Yes, I was.

17     Q    And why do you remember the weather that

18   day?

19     A    Because, as I mentioned, my beloved

20   willow tree went down and it was very close to

21   the house. You couldn't miss it. It was very

22   stormy.

23     Q    What do you mean that it was very

24   stormy?

**Marion Strachman**
*Certified Court Reporter*
93 Silvermine Avenue                    (203) 846-0549
Norwalk, CT 06850

1     A    Yes.

2     Q    As a preventative measure?

3     A    That's correct.

4     Q    And how would you know when to add

5  cables to a tree?

6     A    I leave that to the tree man.

7     Q    To Richard?

8     A    To Richard, yes.

9     Q    If Richard ever found problems with a

10  tree, would he make suggestions to you on what

11  to do?

12     A    Yes, he would.

13     Q    And why would Richard make suggestions

14  for work on trees that he hadn't necessarily

15  come out there for?

16           MR. CAPLAN: Objection to form.

17     A    When he looks around, he sees what needs

18  attention. If he sees that the tree should be

19  fed, he will feed it. He can tell. I can't tell.

20     Q    And is it your habit when he has a

21  suggestion that you will follow his suggestion?

22     A    Yes.

23     Q    And then he does the work?

24     A    That's correct.

1    Q    The $6,000 that you paid to Mr.

2    Schulmeyer, did he tell you that his insurance

3    wasn't going to cover his loss?

4    A    He never mentioned anything about his

5    insurance.

6    Q    Did you think that his insurance wasn't

7    going to cover it?

8    A    It never-- It wasn't my thing and I just

9    wanted to be neighborly. It seemed to be a nice

10   thing to do.

11   Q    You never saw any decay on the oak tree?

12   A    No.

13          MR. CAPLAN: Objection.

14   Q    Did you ever see any decay on the oak

15   tree?

16          MR. CAPLAN: Objection.

17   A    No.

18   Q    Do you have a budget for taking care of

19   the trees on the property?

20   A    No.

21   Q    Has Richard ever wanted to do work on

22   your property that you have told him not to do?

23   A    No.

24          MS. KELLER: No further questions.



*Administration* (622-6472)
*Recreation* (622-7830)
*Parks & Trees* (622-7824)
*Marine & Facility Operations* (622-7818)
*Bruce Memorial Golf Course* (531-7200)

FAX: (203) 622-6494

### DEPARTMENT OF PARKS AND RECREATION
Town Hall
P.O. Box 2540
Greenwich, Conn. 06836-2540

To Whom It May Concern:

On May 18, 2002 we had a 7 man crew on early morning pruning in the Town Parking lots. With a 5:00 am start time we can get to the hard to reach parking spots with all the commuters not utilizing the spaces, at about 9:00 am some heavy wind gusts blanketed our area and we sustained a substantial damage to 5 separate locations in town. #390 Roundhill Rd, Bruce Park, Stanwich Rd at Carriglia, and Shore Rd at Sound Beach, these locations were just some of the apparent damage we took care of that day. On May 20, 2002 when resumed regular hours there were a few more reports of additional damge at other locations.

Thank You.

*J Horley.*



PLAINTIFF'S DEPOSITION EXHIBIT /9

2-23-04