

```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * *
                          *    CIVIL ACTION NO.
VIGILANT INSURANCE COMPANY *
a/s/o GERHARD SCHULMEYER  *    3:02 CV 1813 (AVC)
          Plaintiff       *
                          *
     VS.                  *
                          *
BARBARA NEWINGTON         *
                          *
     And                  *
NORTH STAMFORD TREE SERVICE *  FEBRUARY 23, 2004
                          *
     And                  *
                          *
RICHARD LONGO d/b/a       *
THE TREE GUY              *
                          *
          Defendants      *
                          *
* * * * * * * * * * * * * *
```

## Deposition of GERHARD SCHULMEYER

Deposition taken in the above-entitled action, pursuant to the Stipulations set forth herein, before Marion Strachman, Notary Public, at the Law Offices of ROBINSON & COLE, 695 E. Main Street, Stamford, Ct., on the 23rd day of February, 2004, 10:56 a.m.

**Marion Strachman**
*Certified Court Reporter*
93 Silvermine Avenue
Norwalk, CT 06850

(203) 846-0549

```
 1  Newington and us. I mean no fence. We had as
 2  much looking at the tree as Ms. Newington.
 3  Actually, I saw it presumably more than she saw
 4  it.
 5       Q    Did you ever have any discussions with
 6  Ms. Newington about that tree or the tree limb?
 7       A    Besides telling her that it is a
 8  beautiful tree. And once when I say I see more
 9  of the tree than she, I offered her once to take
10  the dead branches off. I'm allergic to dead
11  branches. So, I asked Peter from Alpine one year
12  to take the branches off. But, I'm talking now
13  small branches. It was more for the beauty of
14  the tree.
15       Q    Had Peter brought it to your attention
16  that the tree needed to be pruned?
17       A    No.
18       Q    So, this was a case where you told
19  Peter?
20       A    I first asked, of course, Ms. Newington.
21  It was more in a conversational piece. I enjoy
22  so much the tree. Why don't I one year take care
23  of the tree.
24       Q    Do you remember when that was?
```

1  A   No. I asked Peter. He still tries to get
2  it out of his files. He will tell you firsthand.
3  Q   Was it after the renovations were done
4  to the greenhouse?
5  A   I think so. I'm pretty sure.
6  Q   And if the renovations were done to the
7  greenhouse around 1994 or 1993--
8  A   Then--
9          MR. CAPLAN: Wait for the question.
10 Q   So, would you say that sometime between
11 1993 and, obviously, 2002, Peter pruned some
12 branches?
13 A   Yeah.
14 Q   Did he prune the limb that was hanging
15 over the greenhouse?
16         MR. CAPLAN: Objection to the form.
17     Go ahead.
18 A   There was no branch hanging over the
19 greenhouse. The tree is huge, but didn't hang
20 over the greenhouse. It is just close to the
21 greenhouse. So, the tree, itself, did not put
22 shade, especially as the tree is northeast of
23 the greenhouse. Northeast or northwest. It is
24 northeast. So, the sun goes up, and even in the

1  morning already, the tree doesn't put any shade
2  to the greenhouse. So, it is only that the tree
3  was so huge when it fell apart, it still hit the
4  greenhouse.
5      Q    How far away is the tree from the
6  greenhouse?
7           MR. CAPLAN: The base of the
8           tree?
9           MS. KELLER: The base of the
10          tree.
11     A    I don't know.
12     Q    More than 10 feet?
13     A    Oh, yeah. More than from this wall to
14 this wall (indicating).
15     Q    More than 50 feet?
16     A    If that's 50 feet, then you're right.
17 Yeah.
18     Q    More than 100 feet?
19     A    I don't know. Could be. It must be a
20 distance which is shorter than what the tree was
21 high.
22     Q    I'm trying to get an understanding of
23 the work that Alpine did on the tree. Do you
24 remember, in particular, what you asked them to

1  referring to the tree that a limb fell and
2  caused the damage--did you have any discussions
3  with Alpine about the condition of the tree?
4      A    No.
5      Q    Did Alpine say to you the tree is full of
6  decay?
7      A    No.
8      Q    Did he mention any rotting of the tree?
9      A    That I don't know now.
10     Q    Did you ever notice any decay on the
11 tree?
12     A    No.
13     Q    Was the pruning that you had Alpine do
14 unusual in any manner?
15          MR. CAPLAN: Objection to the form.
16     A    You mean unusual as far as pruning a
17 tree?
18     Q    Yes.
19     A    It was not unusual.
20     Q    Again, what you were referring to with
21 dead wood, you mentioned before the feeders and
22 the smaller limbs, a lot of aesthetic type
23 pruning?
24     A    Yes.

```
 1      Q    When you talked to Mrs. Newington to ask
 2 her permission to have Alpine prune the tree,
 3 did she in anyway restrict what could be done to
 4 the tree?
 5      A    No. This was neighborly conversation.
 6      Q    Right. So, she did not limit you and
 7 say--
 8           MR. CAPLAN: Wait for the question.
 9      A    She did not limit you and say you may cut
10 this, but not that?
11      A    No.
12      Q    What you had asked her for was my
13 yardman is here. May he prune the tree?
14           MR. CAPLAN: Objection to form.
15      A    Yes, that's the conversation it was. The
16 closest definition.
17      Q    And, Mr. Schulmeyer, you paid for the
18 pruning that was done on the tree?
19      A    I'm pretty sure, yeah.
20      Q    In your previous dealings with Alpine,
21 if there had been a problem with the tree, would
22 they let you know?
23           MR. CAPLAN: Objection to the form.
24      A    On my trees, for sure. This was the only
```

**Marion Strachman**
*Certified Court Reporter*
93 Silvermine Avenue
Norwalk, CT 06850

(203) 846-0549

1   pruned. You're trying to get him
2   to this limb. I don't even know if
3   he knows which limb fell down.
4   A    For clarification, is this for you a
5   limb? This is a tree, okay. Is this a limb for
6   you (indicating)?
7   Q    Yes.
8   A    There was no specific limb which looked
9   somehow threatening through the air or
10  something. It was a very straight growing tree.
11  Not where this one limb was hanging out there,
12  no. It was a beautifully grown symmetrical
13  beauty of a tree.
14  Q    Thank you. That is helpful. After the
15  tree had been pruned, did the tree ever look
16  like it needed further work on it?
17       MR. CAPLAN: Objection to the form.
18  A    I don't know. I'm not a garden expert.
19  Peter knows that I don't like dead branches. He
20  cut them out and that was it.
21  Q    I would like to turn to the day that the
22  limb fell down off the tree.
23  Q    Do you remember what the weather was
24  that day?

```
 1      A    No. I wasn't there.
 2      Q    Were you there the week before?
 3      A    I was on vacation--I don't know now
 4 exactly--how long before or how long
 5 afterwards. I can also look that up.
 6           MR. CAPLAN: That's okay.
 7      Q    Was anyone home at your house?
 8      A    No. At that time, we didn't have a full-
 9 time manager.
10      Q    So, no one was on the property when--
11      A    I assume not.
12      Q    How did you learn that the tree limb had
13 fallen?
14      A    When I drove on my property, it was very
15 obvious.
16      Q    Do you remember when you drove into your
17 property?
18      A    No. That was exactly the day I came back
19 from vacation. So, whether it was one day or two
20 days afterwards, I don't know.
21      Q    How long had you not been at home? How
22 long had you been on vacation?
23      A    I don't know. Maybe a week. Maybe one
24 and a half weeks. You want to know the date?
```

1           MR. CAPLAN: Let her ask the
2     questions.
3      Q    So, when you drove to your house was the
4  first time that you saw the tree had fallen and
5  you don't know if it happened 5 minutes before
6  you drove up to the house or a day before or two
7  days before?
8      A    Exactly.
9      Q    What did you do once you found out that
10 the greenhouse was damaged?
11     A    I'm not totally sure. But, one of the
12 first calls for sure was to call Peter and see
13 that this whole thing gets sorted out. That the
14 branches get away.
15     Q    Peter from--
16     A    Alpine.
17     Q    After you called Peter, do you recall
18 what you did next?
19     A    No. I only know that I first was worried
20 that the whole branches to get out of the way
21 especially also other trees that were standing
22 there got damaged, too. So, we get it all
23 resolved. And then after the tree was taken
24 away, which I don't know when it was exactly, I

**Marion Strachman**
*Certified Court Reporter*
93 Silvermine Avenue                              (203) 846-0549
Norwalk, CT 06850