

1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                    DISTRICT OF CONNECTICUT
 3
 4
 5   NO. 3:02-CV-1813 (AVC)                       COPY
 6
     * * * * * * * * * * * * * * * *
 7   VIGILANT ISURANCE COMPANY,        :
     a/s/o GERHARD SHCULMEYER
 8                       Plaintiff     :
 9        versus                       :   MARCH 10, 2004
10   BARBARA NEWINGTON,                :
     NORTH STAMFORD TREE SERVICE,      :
11   AND RICHARD LONGO d/b/a THE
     TREE GUY,                         :
12                       Defendant     :
     * * * * * * * * * * * * * * * *
13
             DEPOSITION OF HELGA SHCULMEYER, witness,
14   taken on behalf of the DEFENDANT, by Gina B.
15   Hodges, a Notary Public within and for the State of
16   Connecticut, on the 10th day of March 2004, at  4:0
17   p.m., at the law offices of Robinson and Cole, 695
18   East Main Street, Stamford, CT, pursuant to NOTICE
19   OF DEPOSITION.
20
21
                        GINA B. HODGES
22                Registered Professional Reporter
     (203)  847-2590      Bayne Street     Fax (203) 849-8521
23                  Norwalk, Connecticut  06851
24
25
```

1    A    It was more that he said he would like that
2    I don't have to come to here, but I had to.  That was the
3    subject.
4    Q    Okay.  Normally in a deposition we do a lot
5    of background, I ask you a lot of background questions and
6    all.  I'm going to skip all that.  Okay?  Because I am
7    trying to keep this as short as possible, as interested as
8    I am in your background.  So I want to move to just a
9    history of the property if I can and I'm talking about the
10   property that you and your husband owned on Field Point
11   Circle?
12   A    Yes.
13   Q    How long have you owned that property?
14   A    It would be now 13 years.  But I'm not
15   totally sure.
16   Q    So sometime around 1990?
17   A    It could be '91.  But, yeah.  I'm not sure.
18   I didn't look it up.
19   Q    Have you had any work done on the property?
20   Let's first start with the house, any work done to the
21   house since you have--
22   A    Yeah, we had big construction.  Work done.
23   Awhile ago.
24   Q    Was it an addition that you put on or a
25   renovation?

1    Q    Twice a year.  Do you -- I'm going to now
2    talk about the specific Oak tree that had --
3    A    Um-hum.
4    Q    -- that part of it fell on the greenhouse.
5    Had you noticed the tree prior to the loss?  Were you
6    aware that that tree was there?
7    A    Oh, always, sure I was.  It was a beautiful
8    tree.
9    Q    Can you describe the tree for me?
10   A    The tree was -- looked to me like a hundred
11   year old tree.  And except that it looked beautiful, I
12   don't know what else you want to know.
13   Q    Had leaves on it?
14   A    It had leaves on it when it was the season,
15   yeah.
16   Q    Did it look like -- and I understand that
17   you're not a professional -- in your opinion did it look
18   like a healthy tree?
19            MR. CAPLAN:  Objection to the form.
20        You can answer it.
21            THE WITNESS:  I can?
22            MR. CAPLAN:  Um-hum.  If you
23        understand it and know what she means, you
24        can answer it.
25            THE WITNESS:  It looked like -- it

Case 3:02-cv-01813-AVC    Document 44-8    Filed 06/01/2004    Page 5 of 7

15

|   |   |
|---|---|
| 1 | looks like all these trees to my property |
| 2 | that are very old and -- I don't know. I |
| 3 | don't know. A healthy tree you mean? |
| 4 |       MS KELLER: All right, let me ask |
| 5 | specifically. |
| 6 | BY MS KELLER: |
| 7 |     Q    Did you notice any fungus on the tree? |
| 8 |     A    No. I didn't check it, so.... |
| 9 |     Q    Did you notice any large limbs on the tree |
| 10 | that didn't have leaves that looked like they were dead? |
| 11 |     A    It is a little bit complicated to answer for |
| 12 | me because I'm looking usually at the trees on my property |
| 13 | and I check out and do they need work? Is there something |
| 14 | to do? Do they look like I have to do something? But I |
| 15 | don't check the neighbor's trees. I wouldn't know, no. I |
| 16 | never looked at this tree thinking about does it need work |
| 17 | or not, or does it look healthy. It didn't cross my mind |
| 18 | I look out of my kitchen window and I see this tree and I |
| 19 | enjoy it. |
| 20 |     Q    The part of the tree that came across your |
| 21 | property line, I understand that a limb was over your |
| 22 | property line, is that correct? |
| 23 |     A    It was such a big tree. It could be. Yeah, |
| 24 | it could be. I don't know. I didn't check this out. |
| 25 |     Q    The part that you saw when you looked out |

```
 1    BY MS KELLER:
 2        Q    How did you learn that the tree fell down?
 3        A    Oh, we were out of town.
 4        Q    How long had you been out of town?
 5        A    That I don't remember.
 6        Q    More than a day?
 7        A    Oh, yeah.  Yeah.
 8        Q    More than a week?
 9        A    This I would have to look up again.  I don't
10   know.  I'm not prepared.  I didn't look it up, so I don't
11   know.
12        Q    It was May of 2002?
13        A    Yeah, but I travel so often I don't know.
14   So we came home, drove in our driveway and I said to my
15   husband, "Doesn't look to the right.  Something really bad
16   happened."  That's when I saw that the tree was -- part
17   of the tree was on our greenhouse.
18        Q    Do you remember what the weather was like
19   when you got home?
20        A    It was nothing I would remember now as
21   special.
22        Q    Do you recall if it was daylight or
23   nighttime?
24        A    It was day.
25        Q    It was day.
```

1    A    Um-hum.

2    Q    So you pulled into the driveway and you
3    could see the tree was down?

4    A    Yeah.

5    Q    And no one was at your property that you
6    know of at the time that the tree fell down?

7    A    No. Not that I know, no. Not supposed to
8    be.

9    Q    Were you and Mr. Newington gone on vacation
10   together?

11         MR. CAPLAN: Mr. Schulmeyer.

12         MS KELLER: I'm sorry. Mr.
13   Schulmeyer.

14         THE WITNESS: Yeah.

15   BY MS KELLER:

16   Q    Were you gone on vacation together?

17   A    Um-hum, yes.

18   Q    For the whole time?

19   A    Um-hum.

20         MR. CAPLAN: "Yes", you have to answer
21   "yes" or "no".

22         THE WITNESS: Because I don't know
23   where we were. I would have have to look
24   that up, too.

25         MR. CAPLAN: I just don't want you to