



1

```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF CONNECTICUT
* * * * * * * * * * * * *
                              *
VIGILANT INSURANCE COMPANY    *    CIVIL ACTION NO.
a/s/o GERHARD SCHULMEYER      *
            Plaintiff         *    3:02 CV 1813 (AVC)
       VS.                    *
                              *
BARBARA NEWINGTON             *
                              *
     And                      *
NORTH STAMFORD TREE SERVICE   *    MAY 11, 2004
                              *
     And                      *
                              *
RICHARD LONGO d/b/a           *
THE TREE GUY                  *
                              *
          Defendants          *
                              *
* * * * * * * * * * * * *
```

## Deposition of JAMES FARLEY

Deposition taken in the above-entitled action, pursuant to the Stipulations set forth herein, before Marion Strachman, Notary Public, at the Law Offices of ROBINSON & COLE, 80 Field Point Road, Greenwich, Ct., on the 11th day of May, 2004, 2:05 p.m.



**Marion Strachman**
*Certified Court Reporter*
93 Silvermine Avenue                    (203) 846-0549

1  company?
2      A    Private companies, we worked for.
3      Q    And after the 14 years?
4      A    Then I started with the Town of
5  Greenwich.
6      Q    And do you still live on Long Island?
7      A    No. I was commuting for a while. Now,
8  I'm up in New Milford.
9      Q    And you lived in New Milford then--
10     A    Five years.
11     Q    --for five years. Going back to your
12 responsibilities. The last responsibility you
13 mentioned was keeping records?
14     A    Yes.
15     Q    Can you tell us about the records that
16 you keep?
17     A    At the end of the day, the crew leader
18 will hand me a time sheet of all the jobs they
19 completed for the day and who was on their crew
20 for the day and how many hours they worked.
21     Q    He gives you what is called a time
22 sheet, did you say?
23     A    Time sheet, yes. Then I, in turn, record
24 all of the information on my computer.

1    Q    Do you regularly keep those records at
2    the end of the day? Is it something that you do
3    in your normal course of business?
4    A    They place them on my desk. The next
5    morning, I put them into my computer.
6    Q    And why do you keep those records?
7    A    Just the way I was taught for good
8    bookkeeping.
9    Q    It's part of your responsibilities to
10   keep the records of the Tree Department?
11   A    That's right.
12   Q    And do you know what is done with those
13   records after you have generated--I'm sorry--
14   inputted them in the computer?
15   A    They're, basically, just there for
16   future reference.
17   Q    Does anyone else within the Tree
18   Department have access to those records?
19   A    No. It is on my computer only.
20   Q    And are you the only one that inputs
21   those records?
22   A    Yes.
23   Q    Mr. Farley, you're here today because of
24   the Subpoena that was served on you. Is that

1   Q   Alright. On Tuesday, May 14th, there is
2   a lot longer entry than on May 13th. Could you
3   explain to me why that is?
4   A   Some days are just a little bit slower
5   than others. Slow Monday. Tuesday happened to
6   be just more going on.
7   Q   So, on Tuesday, May 14, the weather
8   entry is sunny and mild?
9   A   Uh-hum. That's right.
10  Q   And then you have the notations of what
11  the different crews did. But, then, again,
12  there is a Tuesday, May 14, 2002, and it says
13  four to 8 p.m. OT storm damage." What does that
14  mean?
15  A   That's when the police, the Town of
16  Greenwich Police Department will call out the
17  Tree Department to, whatever the case maybe,
18  remove a tree from the road. We moved a hanging
19  branch from overhanging the road. Whatever the
20  case maybe. The police called the Tree
21  Department and we take it from there.
22  Q   And, again, is that information that you
23  inputted the next day from the time sheet that
24  the crew leader had given you?

1  Q    --could you describe your entries for
2  that day?
3  A    Okay. It was a Saturday. We were called
4  in-- We were scheduled over-time. We signed up
5  to work that Saturday. We were supposed to be
6  working in the parking lot.
7  Q    Stopping right there. You said you were
8  scheduled over-time?
9  A    That was scheduled over-time.
10 Q    Had nothing to do with the weather?
11 Certain work was scheduled to be done on that
12 day?
13 A    Exactly.
14 Q    Why would work be scheduled on Saturday?
15 A    Because the parking lots are all empty.
16 We do all the commuter parking lots. The train
17 parking lots. Easier for us. We have less cars
18 in the way. And then further on that, then we
19 start at 5 in the morning to get it done and get
20 out of there.
21 Q    What does that mean on the second line?
22 You have, "Lafayette, raised, Ford?"
23 A    Lafayette parking lot, Ford parking lot,
24 Gun Club is over there. The gun club over by--

1  On the top of Steamboat Road. The bottom of the
2  avenue. A gun club over there.
3      Q    What does your notation, "raised" mean?
4      A    That just means raised the lower limbs
5  up. And "Havemeyer" means Havemeyer parking
6  lot.
7      Q    So, that's the raising of the trees at
8  Lafayette for gun club. Havemeyer was from 5 to
9  9 a.m.?
10     A    That's right.
11     Q    Then you have 9 a.m. till 12 noon?
12     A    Yes.
13     Q    What happened?
14     A    "Heavy winds blew through, storm..." We
15 took off from that detail because of the winds
16 and we went to 3, 4, 5, 6 storm damage calls that
17 we had put our attention to.
18     Q    And you participated that day. Is that
19 correct?
20     A    I happened to be working that Saturday,
21 yes.
22     Q    I see the notation that you were part of
23 the crew that was working from 5 to 9 a.m.
24     A    The whole crew worked the whole day. It

1  was from 5 a.m. to noon, we worked. Seven hour
2  day.
3      Q   Do you recall your entry, "heavy winds
4  blew through?" What does that mean to you that
5  you would put that in the report?
6      A   I didn't remember till I seen it
7  recently, but, in other words, we were called
8  into work on one scheduled over-time situation
9  in the parking lots and just a little wind storm
10 came through central Greenwich, which made us
11 go to these other storms. Our attention was
12 needed for these storm damage calls.
13     Q   Did the wind begin before you left at 9
14 a.m.?
15     A   I don't recall. What I did was, I just
16 split the time sheet in half. The reason for
17 that is, when we work in the parking lots, it
18 comes out of a highway money fund rather than
19 our own over-time fund. What I had to do. That's
20 why I did half a day for parking lots and half a
21 day storm. You understand where I'm coming
22 from?
23     Q   Yes. We don't know looking from this
24 record when exactly the heavy winds came

1  through?

2  A    No, I don't know exactly when.

3  Q    Does your record indicate if the wind
4  came through in the morning or late in the day?

5  A    The way I wrote it, it would be like
6  later on in the day. Later on in the morning.

7  Q    Because going back to "9 a.m to 12 noon,
8  heavy winds blew through, storm damage," and
9  then you list some addresses.

10  A    The way I, basically, wrote this from 5
11  a.m. to 9 a.m., we were taking care of the
12  scheduled parking lots. Then I wrote, 9 a.m. to
13  the end of the day, which was at noon, we gave
14  our attention to the storm calls.

15  Q    So, you're calling the end of the day 12
16  noon?

17  A    Yes, we only worked 7 hours that day.

18  Q    I see.

19  A    Sorry about that.

20  Q    No, that's fine. Can you describe the
21  entries that you have after "storm damage?" You
22  list some addresses in your other notations.
23  What do they mean?

24  A    The first one, "Round Hill Road, #390,

1  leader..." A "leader" is a good size branch.
2  That means it fell. It landed on the ground.
3      Q    I will stop you right there. What is a
4  good size branch for us laymen? Two inches wide?
5      A    Four to six inches is a leader.
6      Q    And that could come off a very small
7  tree or large tree?
8      A    A large tree.
9      Q    And a large tree-- What's an example of
10 a large tree?
11     A    Fifty foot or better. And then Bruce
12 Park, a limb in the rose garden. That is minor.
13 Stanwich at Carriglia, a hanger. Where a limb
14 could break out of a tree and be hung up on
15 another branch. That could fall on somebody at
16 any time. So that is called a "hanger." then
17 Shore Road at Sound Beach, small limbs. And
18 that's it on that day.
19     Q    Are you familiar with an address in
20 Greenwich of Field Point Circle?
21     A    Not off the top of my head, no.
22     Q    If I told you we're on Field Point Road
23 and if you take Field Point Road all the way to
24 the end, it ends and then I think it is Bell

1  Haven.
2    A   Bell Haven.
3    Q   Before you get to Bell Haven, about a
4  quarter of a mile before, there is a very
5  exclusive garden entrance or a circle and that
6  is Field Point Circle.
7    Q   Yes. Okay. I'm not too sure about the
8  address, but I just know Bell Haven over in that
9  area.
10   Q   Roughly understanding that you don't
11 know the exact address, what is the proximity of
12 these various addresses for those of us who
13 don't know Greenwich. Are we talking 15 miles
14 apart, 5 miles apart?
15   A   I'm not going to answer that because I'm
16 from Long Island, as odd as it may sound. I
17 believe they're all, let's say, within a 10 mile
18 range. The best I can do.
19   Q   These addresses that are down here,
20 Round Hill Road, Bruce Park, Rose Garden,
21 Stanwich, Carriglia and Shore Road at Sound
22 Beach, do you recall where any of these
23 locations are in the town?
24   A   Some of them, yes.

Case 3:02-cv-01813-AVC    Document 44-9    Filed 06/01/2004    Page 12 of 14

28

```
 1      Q    Are they in one particular area of
 2 Greenwich or did these heavy winds blow through
 3 a larger area?
 4      A    Looking at the addresses again, it seems
 5 it was a widespread area.
 6      Q    I'm going to show you, now, what has
 7 previously been marked Plaintiff's Exhibit #1,
 8 dated February 23rd, 2004, and I'm going to ask
 9 the court reporter to remark it.
10           (Letter from the Department of
11           Parks and Recreation marked
12           Defendants' Exhibit B for
13           identification by the reporter)
14      Q    Could you please take a look at
15 Defendants' Exhibit B?
16           (Exhibit B handed to the
17           deponent)
18      A    I see.
19      Q    Do you recognize that document?
20      A    Yes.
21      Q    Could you tell me what that document is?
22      A    It's a letter that I wrote explaining
23 the events on May 18.
24      Q    Why did you provide that letter?
```

**Marion Strachman**
*Certified Court Reporter*
93 Silvermine Avenue                    (203) 846-0549
Norwalk, CT 06850

J.Frano, M.Hansen ½ day sick, crew sprayed birch, hemlocks holley trees in OG Back Country, and Boro.165 trees total.
S.Gospodinoff:supervisor
J.Farley:office
J.Brander:1/2 day sick
J.C.Merz:VAC DAY
C.Merrell:VACA DAY

WEDNESDAY MAY 15, 2002    3:30PM TO 5:30PM   01 STORM DAMAGE
J.Neilsen, J.Stempien, J.Scheck, D.Wigglesworth, J.Farley, crew at #9 Highview Ave. maple, Post Rd. opp. Park Ave. maple limb.all men 2 hrs at time &1/2.
THURSDAY MAY 16, 2002         SUN/WARM
T.F.J.Stempien, C.Merrell, T.Butler, driver, crew stump grinding at #15 Birdsong Pl. #51 Riverside Ave. and in Bruce Pk.
J.Brander, C.Schupp, J.Fairbrother, A.Frano, crew at #55 North St topped dead maple (high stump remains), #14 Echo Ln. topped marked locust (high stump remains) #220 E.Putnam Ave. topped split maple and removed hangers.
J.Neilsen, J.Scheck, D.Wigglesworth, J.C.Merz, 1 hr then went home left #8 on Riversville Rd.also picked up 41 trees at Hardscrabble Rd and healed in nursery.
J.Frano, M.Hansen, sprayed birch, holley & hemlocks 648 total.
S.Gospodinoff:supervisor
J.Farley:office
R.Lepre:sick day
THURSDAY MAY 16, 2002          01 4PM TO 8PM
J.Neilsen, J.Scheck, A.Frano, T.Mackey, crew on Riversville Rd at Porchuck Rd. pvt 16" dia ash.all men 4 hrs except J.Neilsen, 5 hrs.
FRIDAY MAY 17, 2002       CLOUDS/SUN
R.Lepre, J.Stempien, C.Merrell, T.Butler, driver, crew on Brookside Dr. O.G. (town Pk)chipped up brush & debris and cut up wood and removed, stump left to do.
J.Brander, C.Schupp, J.Fairbrother, M.Hansen, J.C.Merz, driver, crew at #8 Intervale Rd, topped twin 20" dia ash , dead, (stump remains)
J.Neilsen, J.Scheck, D.Wigglesworth, crew healed in 14 trees in nursery, also picked up birches at Roth Nursery and healed in, staked 1 plum on corner of Mead Ave. and Hervey St.
S.Gospodinoff:supervisor
J.Farley:office
A.Frano:sick day
J.Frano:1/2 day sick
J.Neilsen:1/2 day vac
SATURDAY MAY 18, 2002         RAIN
J.Brander, C.Schupp, A.Frano, J.Stempien, T.Butler, D.Wigglesworth, J.Farley, crew 5am to 9am parking lots, Laffeyete, raised, Ford, raised 2 oaks, Gun Club, raised over sidewalk, Havemeyer, raised, then 9am to 12"00 noon,


DEFENDANT'S EXHIBIT NO. A 2

heavy winds blew through, storm damage, Round Hill Rd. #390 (leader) Bruce Pk., limbg in Rose Garden, Stanwich at Carriglia, hanger, Shore Rd. at Sound Beach, small limbs.all men 7hrs at time & ½.

MONDAY, MAY 20, 2002                    SUN/COOL

    R.Lepre, J.Stempien, C.Merrell, crew on Flintlock cut out hangers & chipped, #450 Riversville Rd. chipped up ash brush, (pvt) from storm damage, at #11 Pemberwick Rd. cleaned up maple.

    T.F.C.Schupp, J.Fairbrother, A.Frano, J.C.Merz, driver, crew on removals, Todds Pt. 1-24"dia oak, 1- 16"dia pine, also 5 black cherries in picinic area, and service road to clam bake area, dead wood in cherries also.

    J.Neilsen, D.Wigglesworth, T.Butler, driver, R.Leibrock, T.DeFreitas, crew planted 2-C/King Maples at #9 Walker Ct. at Pizza Hut on Glennville St., 1-silver birch, at #51 Riverside Ave. 3-dogwoods (trees on Meyer Pl.

    J.Frano, M.Hansen, crew pruned small trees in Pemberwick, Glennville, 27 trees total, also picked debris in O.G. &Riverside.

    S.Gospodinoff:sick day
    J.Farley:office
    J.Brander:temp sup
    J.Scheck:VACA DAY

WEDNESDAY, MAY 22, 2002                SUN/MILD

    R.Lepre, C.Merrell, M.Hansen, T.Butler, T.DeFreitas, #52 Moshier St, behind house at Pemwick Rd. took off limb also removed maple in Park at Ball Field, done.

    J.Brander, C.Schupp, A.Frano, J.C.Merz, driver, crew at Patterson Ave. at Maher Ave. removed maple leader over drive, Binney Pk. at tennis ct, topped and dropped 16" dia dead maple, complete, Arcadia Parking Lot, topped marked cherry, stump remains, loaded soil for Island Beach 2&1/2 yds.

    J.Neilsen, D.Wigglesworth, R.Leibrock, crew planted 2 hornbeam at Arcadia Rd. (food mart) 1 lilac at #240 Davis Ave. 1 lilac at #24 Hartsford Ave. and 1 dogwood on #1 Douglas Dr.

    J.Frano, crew pruned small trees in Boro, 13 trees total, then gen maint

    S.Gospodinoff:sup
    J.Farley:office
    J.Stempien:sick day
    J.Fairbrother:VACA DAY
    J.Scheck:VACA DAY


DEFENDANT'S EXHIBIT A3