FILED JUN 2004

2004 JUN -2 A 10: 16

US DISTRICT COURT
HARTFORD, CT.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| VIGILANT INSURANCE COMPANY as Subrogee of GERHARD SCHULMEYER<br>   Plaintiff | JURY TRIAL DEMANDED<br>Case No.: 3-02-CV1813 (AVC) |
| v. | |
| BARBARA NEWINGTON<br>and<br>NORTH STAMFORD TREE SERVICE<br>and<br>RICHARD LONGO d/b/a THE TREE GUY<br>   Defendants | |

---

## MOTION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 AS TO THE DEFENDANT NORTH STAMFORD TREE SERVICE

It is hereby now agreed and stipulated by all appearing parties of record the plaintiff's complaint against North Stamford Tree Service as well as the defendant Barbara Newington's cross-claim against the defendant North Stamford Tree Service shall be dismissed without

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

LAW OFFICES OF CYNTHIA A. JAWORSKI
55 Capital Boulevard, Suite 210, Rocky Hill, CT 06067
Juris Number: 016024; Tel. No: 860-513-6410; Fax No: 860-513-6445

prejudice pursuant to Federal Rule of Civil Procedure 41.

                                      **THE DEFENDANT,**
                                      **NORTH STAMFORD TREE SERVICE**

                                      By_____
                                        Kenneth J. Mastrelli (CT#    )
                                        Law Offices of Cynthia A. Jaworski
                                        55 Capital Boulevard, Suite 210
                                        Rocky Hill, CT  06067
                                        (860) 513-6410


                                      **THE DEFENDANT,**
                                      **BARBARA NEWINGTON**

                                      By_____
                                        Robin Keller
                                        Robinson & Cole LLP
                                        Financial Centre
                                        695 E. Main St.
                                        Stamford, CT  06904-2305


                                      **VIGILANT INSURANCE COMPANY as**
                                      **Subrogee of GERHARD SCHULMEYER**

                                      By_____
                                        Attorney Robert Caplan
                                        Cozen & O'Connor
                                        1900 Market St.
                                        Third Floor
                                        Philadelphia, PA  19103-3527

## **CERTIFICATION**

      It is hereby certified that on this date a copy of the foregoing was mailed, postage prepaid, to the following:

Attorney Stuart G. Blackburn
Law Offices of Stuart G. Blackburn
Two Concorde Way, P.O. Box 608
Windsor Locks, CT  06096

Attorney Richard Longo
d/b/a The Tree Guy
31 Country Way
Bethel, CT  06801

Attorney John H. Kane
Robinson & Cole LLP
Financial Centre
695 E. Main St.
Stamford, CT  06904-2305

Attorney Robert Caplan
Cozen & O'Connor
1900 Market St.
Third Floor
Philadelphia, PA  19103-3527

_____
Kenneth J. Mastroni