FILED JUN 2004

2004 JUN -2  A 10: 16

U.S. DISTRICT COURT
HARTFORD, CT.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

VIGILANT INSURANCE COMPANY as
Subrogee of GERHARD SCHULMEYER
                Plaintiff

v.

BARBARA NEWINGTON
and
NORTH STAMFORD TREE SERVICE
and
RICHARD LONGO d/b/a THE TREE GUY
                Defendants

JURY TRIAL DEMANDED
Case No.: 3-02-CV1813 (AVC)

---

## MOTION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 AS TO THE DEFENDANT NORTH STAMFORD TREE SERVICE

It is hereby now agreed and stipulated by all appearing parties of record the plaintiff's complaint against North Stamford Tree Service as well as the defendant Barbara Newington's cross-claim against the defendant North Stamford Tree Service shall be dismissed without

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

GRANTED.
Alfred V. Covello, U.S.D.J.
FILED 2004 JUN -7 A
U.S. DISTRICT COURT
HARTFORD, CT

June 4, 2004.
SO ORDERED.