**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

---

| | |
|---|---|
| VIGILANT INSURANCE COMPANY as Subrogee of GERHARD SCHULMEYER | : |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| BARBARA NEWINGTON and NORTH STAMFORD TREE SERVICE and RICHARD LONGO d/b/a THE TREE GUY | : |
| Defendants | : |

**JURY TRIAL DEMANDED**
Case No.: 3-02-CV1813 (AVC)

---

**AFFIDAVIT OF ROBERT M. CAPLAN, ESQUIRE PURSUANT TO FRCP 55(a)**

I, ROBERT M. CAPLAN., being a competent adult, hereby state the following under the penalties of perjury:

1. I am the attorney for Plaintiff in above-captioned case and I am personally responsible for the care and management of this matter and, accordingly, I am fully familiar with the facts and circumstances of this case.

2. This action involves a claim for property damage suffered as a result of a large tree branch falling from defendant Newington's property onto at Plaintiff's insured's premises causing extensive damage to Plaintiff's insured's greenhouse.

3. The total amount of damage to Plaintiff's property as a result of the branch falling on the greenhouse is in the amount of Four Hundred Sixty-Nine Thousand Four Hundred-Three Dollars and Eighty-Eight cents (**$469,403.88)**.

4. The Amended Complaint in this action was filed with the court on September 2, 2003.

5. After undertaking an exhaustive investigation into the proper address of defendant Richard Longo d/b/a The Tree Guy a copy of the Summons and Amended Complaint in this matter were personally served on defendant Richard Longo d/b/a The Tree Guy, a competent, adult individual, on December 7, 2003.

6. On December 22, 2003 I received a telephone call from defendant Longo acknowledging receipt of the Complaint and Summons. I advised defendant Longo that he would be in danger of default if he did not have an answer to the Complaint filed by December 29, 2003 and to contact his personal counsel or insurance carrier immediately.

7. Upon information and belief, defendant Longo has not entered an appearance or filed an answer to Plaintiff's Complaint and Summons.

8. Therefore, pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff is requesting that the Clerk enter a default against defendant Richard Longo d/b/a The Tree Guy in the amount of **$469,403.88** together with interest and costs of this action.

                                                      COZEN O'CONNOR

BY:_____
    Robert M. Caplan, Esquire
    1900 Market Street, Third Floor
    Philadelphia, PA  19103
    (215) 665-2000
    Attorneys for Plaintiff

Dated: _____

## **CERTIFICATE OF MAILING**

The undersigned states that he served the within Affidavit on the 16th day of June, 2004 to:

Kenneth Mastroni, Esquire
Law Offices of Cynthia A. Jaworski
55 Capitol Boulevard
Suite 210
Rocky Hill, CT 06067

Robin Keller, Esquire
Robinson & Cole LLP
Financial Centre
695 East Main Street
Stamford, CT  06904-2305

Mr. Richard Longo
15 Skyedge Drive
Bethel, CT 06801

via U.S. mail postage prepaid.

_____
ROBERT M. CAPLAN, ESQUIRE

PHILA1\2086452\1