IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 JUN 22  A 11: 05

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| VIGILANT INSURANCE COMPANY as Subrogee of GERHARD SCHULMEYER, <br><br> Plaintiff, <br><br> v. <br><br> BARBARA NEWINGTON <br> and <br> NORTH STAMFORD TREE SERVICE <br> and <br> RICHARD LONGO d/b/a THE TREE GUY, <br><br> Defendants. | Case No. 3-02-CV1813 (AVC) |

### PLAINTIFF'S OPPOSITION TO DEFENDANT BARBARA NEWINGTON'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Vigilant Insurance Company as Subrogee of Gerhard Schulmeyer, through its undersigned counsel, hereby answers and opposes defendant Barbara Newington's Motion for Summary Judgment, and, on the basis of the facts and authorities set forth in the accompanying Memorandum of Law, plaintiff respectfully requests this Honorable Court to deny defendant's Motion.

Respectfully submitted,

COZEN O'CONNOR

BY: _____
ROBERT M. CAPLAN, ESQUIRE
Fed. Bar #CT24719
1900 Market Street
Philadelphia, PA 19106
215-665-6968

LOCAL COUNSEL
STUART G. BLACKBURN, ESQUIRE
Law Offices of Stuart G. Blackburn
Fed. Bar #CT00686
Two Concorde Way, P.O. Box 3216
Windsor Locks, CT 06096-3216
(860) 292-1116