UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIGILANT INSURANCE COMPANY as Subrogee of GERHARD SCHULMEYER  : | CIVIL NO.: 3-02-CV-1813 (AVC) |
| : | |
| Plaintiff, : | |
| v. : | |
| BARBARA NEWINGTON : | |
| -and- : | |
| NORTH STAMFORD TREE SERVICE : | |
| -and- : | |
| RICHARD LONGO d/b/a THE TREE GUY : | |
| Defendants. : | JUNE 16, 2004 |

**MOTION TO VACATE EXISTING SCHEDULING ORDER
FOR REMAINING JOINT TRIAL MEMORANDUM TRIAL READY
DEADLINE**

Plaintiff, Vigilant Insurance Company, as subrogee of Gerhard Schulmeyer ("Schulmeyer") and defendant Barbara Newington ("Newington")(collectively "Parties") through their undersigned attorneys, hereby move this Honorable Court to vacate the existing Scheduling Order, dated March 22, 2004, and to extend the deadline for the parties to file the *Joint Trial Memorandum* thirty (30) days and for the *Case Ready for Trial* date be set sixty (60) days from the Court's decision as to Newington's Motion for Summary Judgment filed June 1, 2004 . This motion is necessary due to the Newington's Motion for Summary Judgment now pending

STAM1-759469-1

before the Court. In support of this Motion, the Parties respectfully submit the following:

1. This case arises out of property damage, which occurred when a tree on Defendant Barbara Newington's property fell onto Plaintiff's insured's property on May 18, 2002.

2. Plaintiff commenced the present action by filing its complaint on October 15, 2002 against Newington.

3. On August 11, 2003, the Court granted the Plaintiff's Motion for Leave to File an Amended Complaint and to join Additional defendants Richard Longo ("Longo") and North Stamford Tree Service (North Stamford"), dated June 17, 2003.

4. On June 7, 2004, defendant North Stamford's Motion for Dismissal of Schulmeyer's Complaint and Newington's Cross Claim, dated June 2, 2004 was granted by the Court.

5. On March 25, 2004, the Court granted the Consented to Motion to Vacate Existing Scheduling Order, dated March 22, 2004 extending discovery deadlines. The deadlines set by the Court were:

| | |
|---|---|
| May 30, 2004: | all discovery, including depositions of all witnesses to be completed; |
| March 15, 2004: | plaintiffs shall designate all trial experts and provide opposing counsel with |

|                | reports from retained experts on or before March 15, 2004 and depositions of any such experts shall be completed by May 30, 2004; |
|----------------|---|
| April 15, 2004 | defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before May 30, 2004; |
| May 31, 2004   | all motions, except motions *in limine* incident to a trial, to be filed; |
| June 30, 2004  | parties to file joint trial memorandum in accordance with the pretrial order; |
| July 31, 2004  | case shall be ready for trial. |

6. On June 1, 2004 Defendant Newington filed a Motion for Summary Judgment, Memorandum of Law and Local Rule 56(a) Statement in support thereof, dated May 28, 2004.

7. Newington's Motion for Summary Judgment is now pending before this Court.

8. Plaintiff's Objection to Newington's Motion for Summary Judgment is not due until June 22, 2004 and Defendant's Reply to Plaintiff's Objection would not be due until July 2, 2004.

**WHEREFORE** the Parties respectfully request that this Honorable Court vacate the existing Scheduling Order and extend the remaining deadlines to the following dates:

(a)  *Joint Trial Memorandum* to be filed by the Parties thirty (30) days from notification of the Court's decision as to Newington's Motion for Summary Judgment, filed June 1, 2004; and

(b)  *Case Ready for Trial* date be set sixty (60) days from notification of the Court's decision as to Newington's Motion for Summary Judgment, filed June 1, 2004.

| DEFENDANT<br>BARBARA NEWINGTON | PLAINTIFF,<br>VIGILANT INSURANCE COMPANY AS SUBROGEE OF GERHARD SCHULMEYER |
|---|---|
| BY/ *[signature]*<br>Robin P. Keller, Esq.<br>ROBINSON & COLE LLP<br>Federal Bar No.: 23564<br>Financial Centre<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT 06904-2305<br>Tel: 203.462.7500<br>Fax: 203.462.7599<br>rkeller@rc.com | BY: *[signature]*<br>Robert M. Caplan, Esq.<br>COZEN O'CONNOR<br>Fed. Bar No. CT24719<br>1900 Market Street<br>Philadelphia, PA 19103<br>Tel: 215.665.4191<br>Fax: 215.701.2491 |

LOCAL COUNSEL
FOR PLAINTIFF

Stuart G. Blackburn, Esq.
Fed Bar #CT00686
P.O. Box 3216
Windsor Locks, CT  06096-33216
Tel: 860.292.1116

## **CERTIFICATION**

This is to certify that on June 16, 2004, a copy of the foregoing was sent via facsimile and first-class U.S. mail to: Stuart G. Blackburn, Esq., Law Offices of Stuart G. Blackburn, Two Concorde Way, P.O. Box 608, Windsor Locks, CT 06096; and Robert M. Caplan, Esq., The Atrium – Third Floor, 1900 Market Street, Philadelphia, PA 19103.

Robin P. Keller