UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIGILANT INSURANCE COMPANY as Subrogee of GERHARD SCHULMEYER : | CIVIL NO.: 3-02-CV-1813 (AVC) |
| Plaintiff, : | |
| v. : | |
| BARBARA NEWINGTON : | |
| -and- : | |
| NORTH STAMFORD TREE SERVICE : | |
| -and- : | |
| RICHARD LONGO d/b/a THE TREE GUY : | |
| Defendants. : | JUNE 16, 2004 |

**MOTION TO VACATE EXISTING SCHEDULING ORDER FOR REMAINING JOINT TRIAL MEMORANDUM TRIAL READY DEADLINE**

Plaintiff, Vigilant Insurance Company, as subrogee of Gerhard Schulmeyer ("Schulmeyer") and defendant Barbara Newington ("Newington")(collectively "Parties") through their undersigned attorneys, hereby move this Honorable Court to vacate the existing Scheduling Order, dated March 22, 2004, and to extend the deadline for the parties to file the *Joint Trial Memorandum* thirty (30) days and for the *Case Ready for Trial* date be set sixty (60) days from the Court's decision as to Newington's Motion for Summary Judgment filed June 1, 2004. This motion is necessary due to the Newington's Motion for Summary Judgment now pending

June 24, 2004.  GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

STAM1-759469-1