48

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 JUN 21  A 10: 13

U.S. DISTRICT COURT
HARTFORD, CT.

---

VIGILANT INSURANCE COMPANY as
Subrogee of GERHARD SCHULMEYER
    Plaintiff

**JURY TRIAL DEMANDED**
Case No.: 3-02-CV1813 (AVC)

v.

BARBARA NEWINGTON
and
NORTH STAMFORD TREE SERVICE
and
RICHARD LONGO d/b/a THE TREE GUY
    Defendants

---

**AFFIDAVIT OF ROBERT M. CAPLAN, ESQUIRE PURSUANT TO FRCP 55(a)**

1. ROBERT M. CAPLAN., being a competent adult, hereby state the following under the penalties of perjury:

    I am the attorney for Plaintiff in above-captioned case and I am personally responsible for the care and management of this matter and, accordingly, I am fully familiar with the facts and circumstances of this case.

2. This action involves a claim for property damage suffered as a result of a large tree branch falling from defendant Newington's property onto at Plaintiff's insured's premises causing extensive damage to Plaintiff's insured's greenhouse.

3. The total amount of damage to Plaintiff's property as a result of the branch falling on the greenhouse is in the amount of Four Hundred Sixty-Nine Thousand Four Hundred-Three Dollars and Eighty-Eight cents ($469,403.88).

---

Construed as a motion for default, the motion is granted.

Alfred V. Covello, U.S.D.J.

July 19, 2004.
SO ORDERED.