UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Vigilant Ins Co.

V.                           Case Number: 3:02CV1813(AVC)

Barbara Newington, et al

Order re Doc. # 56

Default entered pursuant to Rule 55(a) FRCP as to Richard Longo d/b/a The Tree Guy. A Motion for Default Judgment pursuant to FRCP 55(b) shall be filed within 30 days or this action will be dismissed by the Clerk pursuant to Rule 41(b) FRCP.


Dated at Hartford, Connecticut, July 21, 2004.


KEVIN F. ROWE, CLERK


By: _/s/ JW_____
    J. Walker
    Deputy Clerk