UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
VIGILANT INSURANCE COMPANY a/s/o  : CIVIL NO. 3:02-CV-1813 (AVC)
GERHARD SCHULMEYER                :
       Plaintiff,          :
v.                                :
BARBARA NEWINGTON                 :
       And                 :
NORTH STAMFORD TREE SERVICE       :
       And                 :
RICHARD LONGO D/B/ THE TREE GUY   :
       Defendants.        x  JULY 19, 2004
------------------------------------------------------------

**DEFENDANT BARBARA NEWINGTON'S MOTION TO STRIKE PLAINTIFF, VIGILANT INSURANCE COMPANY'S SURREPLY TO NEWINGTON'S REPLY MEMORANDUM IN FURTHER SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT**

The Defendant, Barbara Newington, ("Newington") through her undersigned attorneys, hereby moves to strike Plaintiff Vigilant Insurance Company ("Vigilant") a/s/o Gerhard Schulmeyer's Surreply ("Surreply"), filed July 8, 2004 to Newington's Reply Memorandum In Further Support Of Her Motion For Summary Judgment, filed July 1, 2004. Plaintiff's Surreply is defective on its face for failure to follow procedure. Under D. Conn. Local Rule 7, a surreply is not a right and is not permitted without leave of the court. See D. Conn. Local Rule 7; Marczeski v. Law, 122 F. Supp. 2d 315, 318 (D. Conn. 2000). Plaintiff filed its Surreply without an accompanying motion for leave to file a Surreply and therefore, should be stricken.

WHEREFORE, Defendant Barbara Newington respectfully requests that Plaintiff's Surreply be stricken.

STAM1-761648-1

**DEFENDANT**
**BARBARA NEWINGTON**

*/s/ R P Keller*
_____

By: Robin P. Keller. Esq.
    John H. Kane, Esq.
    Fed. Bar #ct 12273
    E-mail: jkane@rc.com
    Robin P. Keller
    Fed. Bar # ct23564
    E-mail: rkeller@rc.com
    Robinson & Cole LLP
    695 East Main Street
    Stamford, CT 06904
    Tel. No.: (203) 462-7500
    Fax No.: (203) 462-7599

CERTIFICATION

This is to certify that on July 19, 2004, a copy of the foregoing was sent via first class mail to: Stuart G. Blackburn, Esq., Law Offices of Stuart G. Blackburn, Two Concorde Way, P.O. Box 608, Windsor Locks, CT 06096 and to Robert M. Caplan, Esq., Cozen & O'Connor, The Atrium – Third Floor, 1900 Market Street, Philadelphia, PA 19103.

Robin P. Keller