IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 JUL 28  A 10: 55

U.S. DISTRICT COURT
HARTFORD, CT.

---

VIGILANT INSURANCE COMPANY as Subrogee
of GERHARD SCHULMEYER,

    Plaintiff,

v.

BARBARA NEWINGTON
and
NORTH STAMFORD TREE SERVICE
and
RICHARD LONGO d/b/a THE TREE GUY,

    Defendants.

Case No. 3-02-CV1813 (AVC)

### PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE A SURREPLY TO DEFENDANT BARBARA NEWINGTON'S REPLY MEMORANDUM IN FURTHER SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT

Plaintiff, Vigilant Insurance Company, as subrogee of Barbara Newington, through its undersigned attorneys, hereby moves this Honorable Court for leave to file the Surreply, which is attached hereto as Exhibit A. In support of this Motion, plaintiff respectfully submits the following:

    1.    This case arises out of property damage, which occurred as a result of a tree on defendant's property falling onto plaintiff's insured's property on May 18, 2002.

    2.    On June 1, 2004, defendant Barbara Newington filed a Motion for Summary Judgment.

    3.    Plaintiff timely filed its Opposition to the aforementioned Summary Judgment Motion on June 22, 2004.

    4.    On July 1, 2004, defendant Barbara Newington filed a Reply Memorandum In Further Support Of Her Motion For Summary Judgment.

    5.    Defendant's Reply Memorandum raised several issues which plaintiff believes need to be addressed with a brief additional filing.

*[Margin annotation: GRANTED. SO ORDERED. August 3, 2004. Alfred V. Covello, U.S.D.J.]*

02cv1813end59