UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG -6 A 11: 01
U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------------------------------------x
VIGILANT INSURANCE COMPANY a/s/o          :   CIVIL NO.  3:02-CV-1813 (AVC)
GERHARD SCHULMEYER                         :
        Plaintiff,                          :
v.                                         :
BARBARA NEWINGTON                          :
        And                                 :
NORTH STAMFORD TREE SERVICE                :
        And                                 :
RICHARD LONGO D/B/ THE TREE GUY            :
        Defendants.             x    AUGUST 4, 2004
---------------------------------------------------------------

**DEFENDANT BARBARA NEWINGTON'S OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE A SURREPLY**

The Defendant, Barbara Newington, ("Newington") through her undersigned attorneys, hereby objects to Plaintiff Vigilant Insurance Company ("Vigilant") a/s/o Gerhard Schulmeyer's Motion to file a Surreply ("Surreply"), filed July 27, 2004, to Newington's Reply Memorandum In Further Support Of Her Motion For Summary Judgment, filed July 1, 2004.  Plaintiff claims in it Motion to file a Surreply that the proposed Surreply merely clarifies the evidence already in the record but in fact the Surreply attempts to introduce new evidence.

In particular, in Part II of the Surreply, Plaintiff claims that "a party may rely on an expert report if it is produced in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure" and that "Plaintiff properly produced Maisano's report to defendant, and therefore is entitle to rely on it to show that there are genuine issues of material fact in the case."

Defendant knows of no evidence that shows proper production of the expert report at issue.  Plaintiff did not disclose his expert in accordance FRCP Rule 26(a)(2) in that the Defendant Newington has never received an expert disclosure from the Plaintiff stating what

STAM1-761648-1

Plaintiff's expert is expected to testify to and the basis for that testimony. Plaintiff merely mailed to Defendant an expert report with a cover letter, attached hereto as Exhibit A, stating "Enclosed please find a copy of Plaintiff's expert Joseph Maisano's Liability Report and Damages Report in the captioned matter pursuant to the Court's October 2, 2003 Scheduling Order." Nowhere in the accompanying report does the expert state that his opinion is offered as to liability. In fact, expert states he was called by Plaintiff to "access the damage to the greenhouse after a tree had fallen on it…and to analyze the removal of plants inside the greenhouse for removal and repair of the greenhouse."

WHEREFORE, because Plaintiff did not properly disclose his expert and has attempted to introduce new evidence in the Surreply, Defendant Barbara Newington respectfully requests that Plaintiff's Motion to file a Surreply be denied.

                    **DEFENDANT**
                    **BARBARA NEWINGTON**

By: Robin P. Keller. Esq.
    John H. Kane, Esq.
    Fed. Bar #ct 12273
    E-mail: jkane@rc.com
    Robin P. Keller
    Fed. Bar # ct23564
    E-mail: rkeller@rc.com
    Robinson & Cole LLP
    695 East Main Street
    Stamford, CT 06904
    Tel. No.: (203) 462-7500
    Fax No.: (203) 462-7599

## CERTIFICATION

This is to certify that on August 4, 2004, a copy of the foregoing was sent via first class mail to: Stuart G. Blackburn, Esq., Law Offices of Stuart G. Blackburn, Two Concorde Way, P.O. Box 608, Windsor Locks, CT 06096 and to Robert M. Caplan, Esq., Cozen & O'Connor, The Atrium – Third Floor, 1900 Market Street, Philadelphia, PA 19103.

_____
Robin P. Keller

| | | |
|---|---|---|
| PHILADELPHIA<br>ATLANTA<br>CHARLOTTE<br>CHERRY HILL<br>CHICAGO<br>DALLAS<br>LAS VEGAS<br>LONDON<br>LOS ANGELES | <br>**COZEN**<br>**O'CONNOR**<br>ATTORNEYS | NEW YORK<br>NEWARK<br>SAN DIEGO<br>SAN FRANCISCO<br>SEATTLE<br>WASHINGTON, DC<br>WEST CONSHOHOCKEN<br>WILMINGTON |

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

**Robert M. Caplan**

Direct Phone 215.665.4191
Direct Fax    215.701.2491
RCAPLAN@COZEN.COM

November 13, 2003

**VIA FEDERAL EXPRESS**

John H. Kane, Esquire
Robinson & Cole, LLP
Financial Centre
695 East Main Street
Stamford, CT 06904-2305

    Re:    Vigilant Insurance Co., Subrogee of Gerhard Schulmeyer v.
             Barbara Newington, et al
             <u>Our File No.:      126121</u>

Dear Mr. Kane:

        Enclosed please find a copy of Plaintiff's expert Joseph Maisano's Liability Report and Damages Reports in the captioned matter pursuant to the Court's October 2, 2003 Scheduling Order.

                              Sincerely,

                              COZEN O'CONNOR

                          By:    Robert M. Caplan

RMC/has
Enclosures
cc: Grant H. Miller, Jr., Esquire (via Federal Express)