UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
VIGILANT INSURANCE COMPANY a/s/o : CIVIL NO. 3:02-CV-1813 (AVC)
GERHARD SCHULMEYER :
      Plaintiff, :
v. :
BARBARA NEWINGTON :
      And :
NORTH STAMFORD TREE SERVICE :
      And :
CHARD LONGO D/B/ THE TREE GUY :
      Defendants. x   AUGUST 4, 2004
---------------------------------------------------------------

### DEFENDANT BARBARA NEWINGTON'S OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE A SURREPLY

The Defendant, Barbara Newington, ("Newington") through her undersigned attorneys, hereby objects to Plaintiff Vigilant Insurance Company ("Vigilant") a/s/o Gerhard Schulmeyer's Motion to file a Surreply ("Surreply"), filed July 27, 2004, to Newington's Reply Memorandum In Further Support Of Her Motion For Summary Judgment, filed July 1, 2004. Plaintiff claims in it Motion to file a Surreply that the proposed Surreply merely clarifies the evidence already in the record but in fact the Surreply attempts to introduce new evidence.

In particular, in Part II of the Surreply, Plaintiff claims that "a party may rely on an expert report if it is produced in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure" and that "Plaintiff properly produced Maisano's report to defendant, and therefore is entitle to rely on it to show that there are genuine issues of material fact in the case."

Defendant knows of no evidence that shows proper production of the expert report at issue. Plaintiff did not disclose his expert in accordance FRCP Rule 26(a)(2) in that the Defendant Newington has never received an expert disclosure from the Plaintiff stating what

STAM1-761648-1

---

*Handwritten annotation (left margin, sideways):* August 9, 2004. Construed as a motion seeking reconsideration of the court's order authorizing the plaintiff to file a surreply, the motion is granted. The relief requested, however, is denied. Nothing herein, however, precludes the defendant from seeking the relief requested in a different procedural manner. SO ORDERED.