UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
VIGILANT INSURANCE COMPANY a/s/o      :    CIVIL NO.  3:02-CV-1813 (AVC)
GERHARD SCHULMEYER                     :
              Plaintiff,               :
                                       :
v.                                     :
BARBARA NEWINGTON                      :
              And                      :
NORTH STAMFORD TREE SERVICE            :
              And                      :
RICHARD LONGO D/B/ THE TREE GUY        :
              Defendants.              x    JULY 19, 2004
-----------------------------------------------------------
```

**DEFENDANT BARBARA NEWINGTON'S MOTION TO STRIKE PLAINTIFF, VIGILANT INSURANCE COMPANY'S SURREPLY TO NEWINGTON'S REPLY MEMORANDUM IN FURTHER SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT**

The Defendant, Barbara Newington, ("Newington") through her undersigned attorneys,

hereby moves to strike Plaintiff Vigilant Insurance Company ("Vigilant") a/s/o Gerhard

Schulmeyer's Surreply ("Surreply"), filed July 8, 2004 to Newington's Reply Memorandum In

Further Support Of Her Motion For Summary Judgment, filed July 1, 2004.    Plaintiff's Surreply

is defective on its face for failure to follow procedure.  Under D. Conn. Local Rule 7, a surreply

is not a right and is not permitted without leave of the court.  See D. Conn. Local Rule 7;

Marczeski v. Law, 122 F. Supp. 2d 315, 318 (D. Conn. 2000).  Plaintiff filed its Surreply without

an accompanying motion for leave to file a Surreply and therefore, should be stricken.

WHEREFORE, Defendant Barbara Newington respectfully requests that Plaintiff's

Surreply be stricken.

STAM1-761648-1

The motion is denied as moot, as the court has authorized the surreply at issue. SO ORDERED.

August 9, 2004.

Alfred V. Covello, U.S.D.J.