IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| VIGILANT INSURANCE COMPANY as Subrogee of GERHARD SCHULMEYER | Civil Action No.: 3-02-CV1813 (AVC) |
| Plaintiff | |
| v. | **JURY TRIAL DEMANDED** |
| BARBARA NEWINGTON | APPEARANCE |
| Defendant | |

To the Clerk of this Court and all parties of record:

Pursuant to Local Rule 7(b) please enter my appearance as counsel in this case for the Plaintiff, Vigilant Insurance Company as subrogee of Gerhard Schulmeyer.

THE PLAINTIFF,

By: _____
Erik Loftus, Esq.
Law Offices of
 Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Tel. (860) 292-1116
Fax (860) 292-1221
Fed. Bd. #ct25168

Dated: April 7, 2005

## CERTIFICATION

I hereby certify that the foregoing APPEARANCE has been mailed this 7th day of April, first class mail, postage prepaid to the following:

Robin P. Keller, Esq.
Elizabeth A. Fowler, Esq.
Robinson & Cole, LLP
695 East Main Street
PO Box 10305
Stamford, CT 06904-2305
(Barbara Newington)

Kenneth J. Mastroni, Esq.
Law Offices of Cynthia A. Jaworski
55 Capital Blvd, Suite 210
Rocky Hill, CT 06067
(North Stamford Tree Service)

                                      Erik Loftus, Esq.

Of Counsel:

Robert M. Caplan, Esq.
COZEN O'CONNOR
The Atrium - Third Floor
1900 Market Street
Philadelphia, Pa 19103