**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

2005 APR -8  A 11: 45

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| VIGILANT INSURANCE COMPANY as Subrogee of GERHARD SCHULMEYER | : | Civil Action No.: 3-02-CV1813 (AVC) |
| Plaintiff | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| BARBARA NEWINGTON | : | APPEARANCE |
| Defendant | : | |

To the Clerk of this Court and all parties of record:

Pursuant to Local Rule 7(b) please enter my appearance as counsel in this case for the Plaintiff, Vigilant Insurance Company as subrogee of Gerhard Schulmeyer.

THE PLAINTIFF,

By: _____
Erik Loftus, Esq.
Law Offices of
  Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Tel. (860) 292-1116
Fax (860) 292-1221
Fed. Bd. #ct25168

Dated: April 7, 2005