AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

Vigilant Ins. Co.
V.
Barbara Newington, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 3:02cv1813 (AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Caplan, Loftus | Kane, Keller |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/28/05 | Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 |  | 4/28/05 |  | ✓ | Joe Maisano, Bethel, CT (sworn) |
| 1 |  | 4/28/05 |  | ✓ | Current CV of witness |
| 2 |  | 4/28/05 |  | ✓ | Report on trees generally dated 11/5/03 |
| 3 |  | 4/28/05 |  | ✓ | Series of 6 mounted + one unmounted photo A-G |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages