UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
VIGILANT INSURANCE COMPANY a/s/o : CIVIL NO. 3:02-CV-1813 (AVC)
GERHARD SCHULMEYER :
 :
Plaintiff, :
 :
v. :
 :
BARBARA NEWINGTON :
And :
NORTH STAMFORD TREE SERVICE :
And :
RICHARD LONGO d/b/a THE TREE GUY :
Defendants. : MAY 23, 2005
--------------------------------------------------------------- x

### DEFENDANT BARBARA NEWINGTON'S MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT TRIAL MEMORANDUM

Defendant, Barbara Newington, ("Newington") through her undersigned attorneys, respectfully moves for an enlargement of time to file the joint trial memorandum now due June 15, 2005. Currently pending before this court is Judge Covello's Daubert hearing ruling as to the admissibility of the opinion and report of the Plaintiff's tree expert, Joseph Maisano. Newington respectfully requests for an enlargement of time to thirty (30) days following Judge's Covello's Daubert hearing ruling.

In support of this motion, Newington respectfully represents as follows:

1.  The parties' joint trial memorandum is due on June 15, 2005.

STAM1-790990-1

2. On June 1, 2004, Newington filed a Motion for Summary Judgment ("Motion"), for which Plaintiff filed an opposition. On June 30, 2004 Newington filed a reply memorandum in further support of her Motion, for which Plaintiff filed a sur-reply.

3. On February 28, 2005, the Court (Covello, J.) denied Newington's Motion for Summary Judgment holding that a genuine issue of material fact did exist with respect to whether Newington had constructive notice of the tree defect. In his ruling Judge Covello stated:

> The court is mindful of Newington's challenge to Maisano's [expert for Plaintiff] report as lacking credibility. Prior to any further proceedings in this matter, the court will hold a <u>Daubert</u> hearing whereby Newington may challenge Maisano's opinion and his report as failing to constitute admissible evidence. After this proceeding, Newington may renew her motion for judgment as a matter of law.

4. On April 28, 2005, a <u>Daubert</u> hearing was held during which Newington challenged Maisano's opinion and report as lacking credibility.

5. A settlement conference was held on May 11, 2005 before PJO Murphy. Settlement was not reached.

6. Judge Covello's ruling as to the admissibility of Maisano's opinion and report is pending.

7. This is the first request for an enlargement of time with respect to filing the joint trial memorandum.

8.  Counsel for Plaintiff, Vigilant Insurance Company a/s/o Gerhard Schulmeyer ("Plaintiff") does not consent to an enlargement of time.

WHEREFORE, Newington respectfully requests this Court to grant an enlargement of time to file the joint trial memorandum to thirty days following Judge Covello's ruling as to the admissibility of Maisano's opinion and report in this matter.

Dated: Stamford, Connecticut

May 23, 2005

DEFENDANT
BARBARA NEWINGTON

By: _____
John H. Kane
Fed. Bar #ct 12273
E-mail: jkane@rc.com
Robin P. Keller
Fed. Bar # ct23564
E-mail: rkeller@rc.com
Robinson & Cole LLP
695 East Main Street
Stamford, CT 06904
Tel. No.: (203) 462-7500
Fax No.: (203) 462-7599

## CERTIFICATION

This is to certify that on May 23, 2005, a copy of the foregoing was sent via first class mail to:

Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn,
Two Concorde Way, P.O. Box 608,
Windsor Locks, CT 06096

Robert M. Caplan, Esq.,
The Atrium – Third Floor,
1900 Market Street,
Philadelphia, PA 19103.

_____
Robin P. Keller