*[Handwritten marginalia on left side:]* June 1, 2005. GRANTED. As the settlement conference in this matter has not resolved this case, the court orders the defendant to file a renewed motion for summary with argument focusing on whether, in light of the facts disclosed at the Daubert hearing, the plaintiff has raised a genuine issue of material fact through its expert witness. SO ORDERED.

*[Signature]* Alfred V. Covello, U.S.D.J.

FILED
2005 MAY 25  A 10: 53
DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------x
VIGILANT INSURANCE COMPANY a/s/o  : CIVIL NO. 3:02-CV-1813 (AVC)
GERHARD SCHULMEYER                :
                                  :
        Plaintiff,                :
                                  :
                                  :
BARBARA NEWINGTON                 :
        And                       :
NORTH STAMFORD TREE SERVICE       :
        And                       :
RICHARD LONGO d/b/a THE TREE GUY  :
        Defendants.               : MAY 23, 2005
------------------------------------x

## DEFENDANT BARBARA NEWINGTON'S MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT TRIAL MEMORANDUM

Defendant, Barbara Newington, ("Newington") through her undersigned attorneys, respectfully moves for an enlargement of time to file the joint trial memorandum now due June 15, 2005. Currently pending before this court is Judge Covello's <u>Daubert</u> hearing ruling as to the admissibility of the opinion and report of the Plaintiff's tree expert, Joseph Maisano. Newington respectfully requests for an enlargement of time to thirty (30) days following Judge's Covello's <u>Daubert</u> hearing ruling.

In support of this motion, Newington respectfully represents as follows:

1.  The parties' joint trial memorandum is due on June 15, 2005.

02cv1813end80

STAM1-790990-1