# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------------------------------x
VIGILANT INSURANCE COMPANY a/s/o        :    CIVIL NO.  3:02-CV-1813 (AVC)
GERHARD SCHULMEYER                      :
                                        :
                Plaintiff,              :
v.                                      :
                                        :
BARBARA NEWINGTON                       :
        And                             :
NORTH STAMFORD TREE SERVICE             :
        And                             :
RICHARD LONGO d/b/a THE TREE GUY        :
                Defendants.                  June 6, 2005
------------------------------------------------------------x
```

## MOTION FOR A SCHEDULING ORDER REGARDING DEFENDANT BARBARA NEWINGTON'S RENEWED MOTION FOR SUMMARY JUDGMENT FOLLOWING DAUBERT HEARING

Defendant, Barbara Newington, ("Newington") through her undersigned attorneys, respectfully hereby moves this Honorable Court to grant a scheduling order for the filing of Barbara Newington's renewed Motion for Summary Judgment as ordered by this Honorable Court on June 1, 2005.

In support of this motion, Newington respectfully represents as follows:

1.      On June 1, 2005, Judge Covello granted Newington's Motion for Enlargement of Time to File Joint Trial Memorandum ("Motion").  .Judge Covello ordered, in the granting of the Motion:

the defendant file a renewed motion for summary [judgment] with argument focusing on whether, in light of the facts disclosed at the Daubert hearing, the plaintiff has raised a genuine issue of material fact through its expert witness.

2.     A transcript of the Daubert hearing will not be available to the parties until July 16, 2005.

3.     **WHEREFORE** Defendant Barbara Newington respectfully requests that the following dates be scheduled by the Court:

| | |
|---|---|
| August 8, 2005 | Newington's Motion for Summary Judgment due; |
| August 29, 2005 | Vigilant's Objection to Summary Judgment due; and |
| September 8, 2005 | Newington's Reply due. |

4.     Counsel for Plaintiff, Vigilant Insurance Company, has consented to this Motion for a scheduling order.

DEFENDANT
BARBARA NEWINGTON

By: _____

John H. Kane
Fed. Bar #ct 12273
E-mail: jkane@rc.com
Robin P. Keller
Fed. Bar # ct23564
E-mail: rkeller@rc.com
Robinson & Cole LLP
695 East Main Street
Stamford, CT 06904
Tel. No.: (203) 462-7500
Fax No.: (203) 462-7599

## **CERTIFICATION**

This is to certify that on June 6, 2005, a copy of the foregoing was sent via first class mail

to:

Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn,
Two Concorde Way, P.O. Box 608,
Windsor Locks, CT 06096


Robert M. Caplan, Esq.,
The Atrium – Third Floor,
1900 Market Street,
Philadelphia, PA 19103.


_____
Robin P. Keller