# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
VIGILANT INSURANCE COMPANY a/s/o          :   CIVIL NO. 3:02-CV-1813 (AVC)
GERHARD SCHULMEYER                         :
                                           :
         Plaintiff,                        :
                                           :
v.                                         :
                                           :
BARBARA NEWINGTON                          :
         And                               :
NORTH STAMFORD TREE SERVICE                :
         And                               :
RICHARD LONGO d/b/a THE TREE GUY           :
         Defendants.                           June 6, 2005
------------------------------------------------------------x

## MOTION FOR A SCHEDULING ORDER REGARDING DEFENDANT BARBARA NEWINGTON'S RENEWED MOTION FOR SUMMARY JUDGMENT FOLLOWING DAUBERT HEARING

Defendant, Barbara Newington, ("Newington") through her undersigned attorneys, respectfully hereby moves this Honorable Court to grant a scheduling order for the filing of Barbara Newington's renewed Motion for Summary Judgment as ordered by this Honorable Court on June 1, 2005.

In support of this motion, Newington respectfully represents as follows:

1. On June 1, 2005, Judge Covello granted Newington's Motion for Enlargement of Time to File Joint Trial Memorandum ("Motion"). Judge Covello ordered, in the granting of the Motion:

02cv1813end82

STAM1-791873-1

*[Margin notations: "June 9, 2005. SO ORDERED." / "Alfred V. Covello, U.S.D.J." / "GRANTED."]*