UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Vigilant Insurance Co

V.                              Case Number: 3:02CV1813(AVC)

Barbara Newington

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on July 13, 2005 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on **August 12, 2005** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, July 14, 2005.

```
                KEVIN F. ROWE, CLERK

                By: __/s/_____
                    Fidelis Basile
                    Deputy Clerk
```