DISTRICT COURT OF CONNECTICUT

------------------------------------------------------------x
| VIGILANT INSURANCE COMPANY a/s/o GERHARD SCHULMEYER, | : | CIVIL NO. 3:02-CV-1813 (AVC) |
|---|---|---|
| Plaintiff, | : | |
| v. | : | STIPULATION OF VOLUNTARY DISMISSAL |
| BARBARA NEWINGTON, ET AL. | : | |
| Defendants. | : | AUGUST 2, 2005 |

------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, that the above-captioned action, including all counterclaims and defenses, is hereby voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(ii) and without attorneys fees or costs to any party as against any other.

This Stipulation can be signed in separate counterparts.

PLAINTIFF,
VIGILANT INSURANCE
COMPANY A/S/O GERHARD
SCHULMEYER

By: _____
Robert M. Caplan, Esq.
Cozen & O'Connor
The Atrium, 3rd Floor
1900 Market Street
Philadelphia, PA 19103
Tele: 215.665.2000
Fax: 215.701.2491 and/or 215.665.2013

DEFENDANT,
BARBARA NEWINGTON

By: _____
John H. Kane (CT 12273)
Robin P. Keller (CT 23564)
695 East Main Street
Stamford, CT 06904
Tele: (203) 462-7500
Fax : (203) 462-7599
E-mail: jkane@rc.com
E-mail: rkeller@rc.com

STAM1-795655-1